IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:22-cv-02287-CNS-STV**

KALEY CHILES,

        Plaintiff,

v.

PATTY SALAZAR, *et al.,*

        Defendants

---

**DECLARATION OF NADINE BRIDGES IN SUPPORT OF ONE COLORADO'S MOTION FOR PERMISSION TO INTERVENE AS A DEFENDANT PURSUANT TO RULE 24(b)**

---

I, Nadine Bridges, hereby declare:

1. I am the Executive Director of One Colorado. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. Founded in 2010, One Colorado is Colorado's leading lesbian, gay, bisexual, transgender and queer ("LGBTQ") public interest civil rights and advocacy organization. One Colorado leads efforts for LGBTQ civil rights at the state level through an array of strategies including supporting legislation, lobbying legislators and other government officials, building coalitions, and empowering other organizations and individuals to engage in the political process. One Colorado is dedicated to advancing equality and opportunity for LGBTQ Coloradans and their families and works to combat discrimination, harassment, and violence on

the basis of sexual orientation and gender identity and protecting the needs and interests of LGBTQ people in the State of Colorado, including LGBTQ youth.

3. Protecting LGBTQ youth from the deadly practice of conversion therapy is one of One Colorado's core programmatic goals.

4. One Colorado has over 105,000 members in Colorado, including LGBTQ youth, some of whom, in the absence of House Bill 19-1129 ("HB 19-1129"), may be subjected to conversion therapy practices by licensed mental health providers. One Colorado also has members who are parents of LGBTQ youth, who have an interest in protecting their LGBTQ children from these dangerous practices.

5. One Colorado testified in favor of HB 19-1129 and worked closely with the bill's sponsors in the Colorado Legislature at each stage of the legislative process to secure its passage. More than 9,000 of One Colorado's members contributed to the organization's efforts to ban conversion therapy, including contacting their legislators to request that they vote for HB 19-1129. One Colorado's work on HB 19-1129 was in furtherance of its organizational goals, and specifically to protect LGBTQ youth in Colorado from the serious harms caused by conversion therapy, including a dramatically increased risk of suicidality, depression, and other negative impacts on their long-term health and wellbeing.

6. One Colorado was the primary organizational supporter of HB 19-1129, and some of One Colorado members testified before the Legislature about their experiences with conversion therapy and the extreme psychological trauma it caused them.

I declare under penalty of perjury of the laws of the State of Colorado and in the United States that the foregoing is true and correct.

Executed this   24   day of September, 2022, in Denver, Colorado.


_____

Nadine Bridges

24717848