## DECLARATION OF JUDITH M. GLASSGOLD

### I. Qualifications

**Judith M. Glassgold, Psy.D**, a licensed psychologist in New Jersey, declares the truth of the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I have personal knowledge of the contents of this declaration, and if called upon to testify, I could and would testify competently to the contents of this declaration. I have not received payment for preparing this document.

2.      My background, experience, and scholarly publications are summarized in my curriculum vitae, which is attached as Exhibit A to this report.

3.      I am a Lecturer and Clinical Supervisor at the Graduate School of Applied and Professional Psychology of Rutgers, the State University of New Jersey. I earned my Psy.D. in Clinical Psychology in 1989 from Rutgers, the State University of New Jersey. I have taught graduate and supervised graduate students at Rutgers in psychology and psychotherapy, especially in the area of sexual orientation and gender, as well as in the treatment of depression, anxiety, suicidality, and trauma.

4.      I am a licensed psychologist in New Jersey. From 1991 to 2009, I maintained a clinical practice in New Jersey working with all ages on a broad range of psychological and mental health issues. I specialized in psychotherapy with lesbian, gay, bisexual, and transgender (LGBT) issues working with children, adolescents, and adults. In that capacity, I worked with hundreds of individuals struggling with sexual orientation and with gender identity and expression.

5.     I have extensive experience in public policy, including providing nonpartisan expertise on health issues for the U.S. Congress as a specialist in health policy at the Congressional Research Service. In that capacity, I advised on health policy issues and provided policy consultations on sexual orientation, gender identity, sexual orientation change efforts (SOCE), and conversion therapy (CT).[1] I worked for the American Psychological Association as the Associate Executive Director in the Public Interest Directorate, developed public policies based on the science of psychology, and represented the association to policy makers in Congress and federal agencies. One of the key areas I worked on were policies related to sexual orientation and gender identity.  I was employed as the Director of Professional Affairs at the New Jersey Psychological Association where I advised psychologists on clinical issues and the Association on legal, regulatory and practice issues, including the New Jersey law banning conversion therapy.

6.     In my writing and policy work, I focus on public policy, mental health, and psychology.  I have authored a number of papers, presentations, and trainings related to the harmful effects of conversion therapy as well as appropriate approaches for those distressed by their sexual orientation or who face conflicts between their religious beliefs and sexual orientation. I have written extensively on these topics, as my curriculum vitae reflects, including 20 professional articles, professional book chapters and books and presented over 60 trainings on psychotherapy of sexual orientation and gender identity.

---

[1]     Conversion therapy is also known as sexual orientation change efforts (SOCE) and gender identity change efforts (GICE) and SOGI change efforts.

7.      I earned Fellow status of the American Psychological Association due to my ex-
pertise in sexual orientation and psychology of gender. I have received multiple profes-
sional honors and awards, including election to leadership positions in national associa-
tions, invitations to present at professional conferences, appointments to committees, the
awarding of professional fellowships, and recognition of my scholarly achievement and
public service.

8.      My extensive and varied professional experiences have allowed me to develop a
broad expertise in sexual orientation, gender identity, professional ethics, and related top-
ics.

9.      I served as the Chair of the American Psychological Association (APA) Task Force
on Appropriate Therapeutic Responses to Sexual Orientation (2007-2009) and wrote sec-
tions and edited the final report released in 2009 (the "APA Report," attached as Exhibit
B).[2] Thus, I have extensive expertise in the content and rationale of the APA Report. The
selection of the Task Force and the contents of the Report were defined by a charge of the
APA Board of Directors that included among other tasks to: 1) Review and update the 1997
Resolution on Appropriate Therapeutic Responses to Sexual Orientation (APA, 1998); 2)
Generate a report that includes among other topics therapeutic interventions for children,
adolescents, and adults who present a desire to change either their sexual orientation or
their behavioral expression of their sexual orientation, or both, or whose guardian expresses
a desire for the minor to change. Task Force members were selected who could assist in
accomplishing the charge and included experts with expertise in multiple areas including

---

[2]      American Psychological Association (2009). *Report of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation*.

psychotherapy for lesbian, gay, and bisexual individuals, heterosexual identity formation, the concerns of faith-based populations, and diverse populations. Most importantly the Task Force included a research expert who could provide a impartial, rigorous, and unbiased appraisal of the pro-SOCE research through a rigorous systematic review of the existing literature. The final Report was published with an accompanying Resolution to inform mental health providers, patients and their families, policy makers, community organizations, and faith-based organizations on the appropriate treatment for those distressed by their sexual orientation.

10.     I served as one of the APA staff coordinators for the expert consensus panel that provided the basis of the final report of the 2015 US Substance Abuse and Mental Health Services Administration (SAMHSA) "Ending Conversion Therapy: Supporting and Affirming LGBT Youth" (Exhibit C).[3] I also contributed to the writing and editing of the final report. This report was undertaken to examine the research on children and youth and to educate providers on developmentally appropriate treatment for children and adolescents who present in treatment with concerns regarding sexual orientation and gender identity. The expert panel who developed the consensus principles that are the foundation of the report was made up of experts in child and adolescent mental health from a wide range of disciplines, including psychiatrists, psychologists and social workers with expertise on gender, sexual orientation, gender development, psychotherapy, and religious faith.[4] After an independent review of the research and based on the panels 'professional expertise, the

---

[3]      Substance Abuse and Mental Health Services Administration (2015). *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth*, HHS Publication No. (SMA) 15-4928.

[4]      Ibid, p. 9.

report rejects the use of conversion therapy (CT) and provides the scientific basis and guidance for effective and safe treatments for children and adolescents.

11.     Since the publication of both of these reports, I have served as an expert in this area and provided extensive training at conferences for educators, mental health, medical and social service professionals on sexual orientation change efforts, conversion therapy and appropriate interventions for children, adolescents, and adults addressing distress or conflicts regarding sexual orientation and gender identity (see Exhibit A).

12.     In the past 13 years, I have provided consultation on state legislation regarding sexual orientation, gender identity, and conversion therapy, advised interested parties on the risks and benefits of psychological interventions, and provided legal expert testimony by declaration in matters such as *Schwartz v The City of New York*, *King v Christie* (2014) (New Jersey), and *Vazzo v City of Tampa, Florida (2019)* and *Tingley v Ferguson (2021)* (Washington State).  I was qualified as an expert in psychology in connection with proceedings in New Jersey Family Court, where I provided expert testimony on multiple occasions during the early 1990s.

## II.     The Focus and Purpose of Colorado's Restriction of Conversion Therapy

13.     I have read Colorado State Legislation HB 19-1129 ("Law") (2019) and in my professional opinion it is well-designed to end ineffective and harmful treatment — Conversion therapy (CT) — to minors by licensed mental health providers. Thus, the Law achieves the state of Colorado's goals to protect the health and safety of minors by prohibiting an intervention that is ineffective and can lead to harms. This Law enables minor integrity, autonomy, and self-worth while avoiding harms. This Law is similar to other laws across

the country that are all supported by the best available scientific research relevant to children and adolescents.[5] Later sections of this declaration cover the relevant scientific research.

14.     The data on the *ineffectiveness* and *harmfulness* of conversion therapy for sexual orientation and gender identity conclusions has been confirmed by: a) the APA 2009 Task Force Report's systematic review research on those who participated in conversion therapy efforts published from 1960 to 2008; b) research studies from 2008 to the present summarized in this declaration;[6] c) systematic reviews and assessments of CT research published

---

[5]     For example U.S. Substance Abuse and Mental Health Services Administration (2015). *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth*, HHS Publication No. (SMA) 15-4928

[6]     Green, A. E., Price-Feeney, M., Dorison, S. H., & Pick, C. J. (2020). Self-reported conversion efforts and suicidality among US LGBTQ youths and young adults, 2018. *American Journal of Public Health*, *110*(8), 1221-1227. https://doi.org/10.2105/AJPH.2020.305701Blosnich, J. R., Henderson, E. R., Coulter, R. W. S., Goldbach, J. T., & Meyer, I. H. (2020). Sexual orientation change efforts, adverse childhood experiences, and suicide ideation and attempt among sexual minority adults, United States, 2016-2018. *American Journal of Public Health*, *110*(7), 1024-1030. https://doi.org/10.2105/AJPH.2020.305637 Bradshaw, K., Dehlin, JP, Crowell, KA Galliher, RV & Bradshaw, W.S. (2015) Sexual Orientation Change Efforts Through Psychotherapy for LGBQ Individuals Affiliated With the Church of Jesus Christ of Latter-day Saints, Journal of Sex & Marital Therapy, 41(4), 391-412; Dehlin, J. P., Galliher, R. V., Hyde, D. C., & Crowell, K. A. (2014). Sexual orientation change efforts among current or former LDS church members. J*ournal of Counseling Psychology*, 62, 95–105;; Flentje, A., Heck, N. C., & Cochran, B. N. (2014). Experiences of ex-ex-gay individuals in sexual reorientation therapy: Reasons for seeking treatment, perceived helpfulness and harmfulness of treatment, and post-treatment identification. Journal of Homosexuality, 61, 1242–1268; Higbee, M., Wright, E. R., & Roemerman, R. M. (2020). Conversion therapy in the southern United States: Prevalence and experiences of the survivors. *Journal of Homosexuality*. Advance online publication. https://doi.org/10.1080/00918369.2020.1840213; Maccio, E.M. (2011). Self-Reported Sexual Orientation and Identity Before and After Sexual Reorientation Therapy, Journal of Gay and Lesbian Psychotherapy, 15(3), 242-259; Mallory, C., Brown, C. N. T., & Conron, K. J. (2019, June). *Conversion therapy and LGBT youth: Update.* The Williams Institute, UCLA School of Law. https://williamsinstitute.law.ucla.edu/wp-content/uploads/Conversion-Therapy-Update-Jun-2019.pdf; Ryan, C., Toomey, R., Diaz, R.. & Russell, S. T. (2018). Parent-initiated sexual orientation change efforts with LGBT adolescents:  Implications for young adult mental health and adjustment, Journal of Homosexuality DOI: 10.1080/00918369.2018.1538407; Salway, T., Ferlatte, O., Gesink, D., & Lachowsky, N. J. (2020). Prevalence of exposure to sexual orientation change efforts and associated sociodemographic characteristics and psychosocial health outcomes among Canadian sexual minority men. *Canadian Journal of Psychiatry*, *65*(7), 502-509. https://doi.org/10.1177/0706743720902629; Weiss, E.M., Morehouse, J., Yeager, T, & Berry, T. (2010). A qualitative study of Ex-Gay and Ex-Ex-Gay Experiences. *Journal of Gay & Lesbian Mental Health*, 14(4), 291-319. Veale, J. F., Tan, K. K. H., & Byrne, J. L. (2021). Gender Identity Change Efforts Faced by Trans and Nonbinary People in New Zealand: Associations with Demographics, Family Rejection, Internalized Transphobia, and Mental Health. *Psychology of Sexual Orientation and Gender Diversity*. Advance online publication. http://dx.doi.org/10.1037/sgd0000537

between 2008 and 2021;[7] d) independent evaluations and analyses of CT in publications on harmful therapies;[8] e) professional guidelines and statements of the major medical and mental health associations.[9]

15. The Law is consistent with elements of C.R.S. 12-245-224  that set actions that fall below the standard of care for behavioral health professionals: a) Has acted or failed to act in a manner that does not meet the generally accepted standards of the professional discipline under which the person practices; b) The administration, without clinical justification, of treatment that is demonstrably unnecessary; c) Ordering or performing any service or treatment that is contrary to the generally accepted standards of the person's practice and is without clinical justification. However, this law amplifies those elements by specifying a particular practice to avoid as it is harmful, similar to the prohibition on "rebirthing therapy", which has also been found to be harmful and is restricted under Colorado law.

---

[7]     Cramer, R. J., Golom, F. D., LoPresto, C. T., & Kirkley, S. M. (2008). Weighing the evidence: Empirical assessment and ethical implications of conversion therapy. *Ethics & Behavior, 18,* 93-114; Przeworski, A. Peterson, E. & Piedra, A. (2021). A systematic review of the efficacy, harmful effects, and ethical issues related to sexual orientation change efforts. *Clinical Psychology: Science and Practice*, 28(1), pp. 81-100 https://doi.org/10.1111/cpsp.1237; Serovich, JM, Craft, SM, Toviessi, P,  Gangamma, R, McDowell, T & Grafsky, EL (2008). A Systematic Review Of The Research Base On Sexual Reorientation Therapies. Journal of Marital and Family Therapy April 2008, Vol. 34, No. 2, 227–238.

[8]     Mercer, J. (2017). Evidence of potentially harmful psychological treatments for children and adolescents. *Child & Adolescent Social Work Journal, 34*(2), 107-125. https://doi.org/10.1007/s10560-016-0480-2; Teachman, B. A., White, B. A., & Lilienfeld, S. O. (2021). Identifying harmful therapies: Setting the research agenda. *Clinical Psychology: Science and Practice, 28*(1), 101–106. https://doi.org/10.1037/cps0000002

[9]     These associations include, among others: American College of Physicians (ACP), American Medical Association (AMA), American Academy of Pediatrics (AAP) and American Academy of Child and Adolescent Psychiatry (AACAP), American Psychiatric Association (APsyA), psychological associations such as the American Psychological Association (APA) and American Psychoanalytic Association, counselors such as the American School Counselor Association (ASCA), social workers such as the National Association of Social Workers (NASW), and international health organizations such as the Pan American Health Organization (of the World Health Organization), the World Psychiatric Association), World Professional Association for Transgender Health (WPATH), and the U.S. Substance Abuse and Mental Health Services Association (SAMHSA) of the Department of Health and Human Services.

16. The Law is consistent with the practice guidelines, association resolutions, and professional ethics and judgements in these areas of the leading U.S. medical and mental health associations that form the standard of care for children, adolescents, and adults with these concerns.[10] These guidelines reject conversion therapy (CT).[11]

17. The Law implements the existing scientific and professional consensus on appropriate interventions with children and adolescents and fits with the goals of protecting children and adolescents while permitting their mental health concerns to be addressed.  In my professional opinion, the Law is an excellent fit to the best scientific findings and ethical guidelines.[12]

18.   For example, after careful review of the scientific research and clinical literature by a panel of child and adolescent psychiatrists specifically charged to review the evidence, the American Academy of Child and Adolescent Psychiatry (AACAP) (2019) states:

> The American Academy of Child and Adolescent Psychiatry finds no evidence to support the application of any "therapeutic intervention" operating under the premise that a specific sexual orientation, gender identity, and/or gender expression is pathological.

---

[10]      Ibid.

[11]      See for instance, resolutions approved by the American Psychological Association in June, 2021: American Psychological Association (2021). APA Resolution on Gender Identity Change Efforts. Retrieved June 6, 2021 https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf; American Psychoogical Association (2021). APA Resolution on Sexual Orientation Change Efforts. Retrieved June, 2021 https://www.apa.org/about/policy/resolution-sexual-orientation-change-efforts.pdf.

[12]      Multiple guidelines and statements exist, but key guidelines include: American Academy of Pediatrics – Supporting & Caring for Transgender Children; American Psychiatric Association - A Guide for Working with Transgender and Gender Non-conforming Patients; American Psychological Association – Guidelines for Psychological Practice with Transgender and Gender Nonconforming People; Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline; World Professional Association for Transgender Health - Standards of Care for the Health of Transgender and Gender Diverse People, Version v. 8,

Furthermore, based on the scientific evidence, the AACAP asserts that such "conversion therapies" (or other interventions imposed with the intent of promoting a particular sexual orientation and/or gender as a preferred outcome) lack scientific credibility and clinical utility. Additionally, there is evidence that such interventions are harmful. *As a result, "conversion therapies" should not be part of any behavioral health treatment of children and adolescents*. [emphasis added]

19. CT is inconsistent with the scientifically based guidelines and recommendations developed by medical, psychiatric, and psychological experts.[13]  As noted in the AACAP statement earlier, there are evidence-based guidelines for gender identity concerns in minors. In particular, The World Professional Association for Transgender Health (WPATH) developed Standards of Care (SOC) that are the internationally recognized guidelines and inform psychological and medical treatment throughout the world.[14] The WPATH Standards of Care are formulated and revised over a period of nearly 30 years by the foremost experts in the care of transgender and gender-diverse individuals, informed by the available scientific and clinical research. Version 8 of these guidelines includes detailed information on children and adolescents. These guidelines are supported by the leading medical and mental health associations in the United States and worldwide, including The American Medical Association, the Endocrine Society, the American Psychological Association the American Psychiatric Association, the World Health Organization, the American Academy

---

[13]     For example, see American Psychiatric Association, Board of Trustees and Assembly, *Position Statement on Issues Related to Homosexuality*, (2013). American Psychoanalytic Association (2012). 2012 - Position Statement on Attempts to Change Sexual Orientation, Gender Identity, or Gender Expression. Retrieved from: http://www.apsa.org/content/2012-position-statement-attempts-change-sexual-orientation-gender-identity-or-gender.

[14]     Coleman, E. et al. (2022). The World Professional Association for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (8th ed.). International Journal of Transgender Health http://dx.doi.org/10.1080/26895269.2022.2125695)

of Family Physicians, the American Public Health Association, the National Association of Social Workers, the American College of Obstetrics and Gynecology and the American Society of Plastic Surgeons.[15] The following associations have also developed independent guidelines on gender identity treatment that are consistent with those from World Professional Association for Transgender Health (WPATH, 2022); American Medical Association (2008) Resolution 122 n(A-08); Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline (2009); American Psychological Association Policy Statement on Transgender, Gender Identity and Gender Expression Nondiscrimination (2009) and Guidelines for the Treatment of Transgender and Gender-Nonconforming Individuals (2015). These guidelines are periodically reviewed and updated so that the information is of the best quality.

20. There are safe and effective psychotherapies for children, youth, and families confronting these issues. Some children and adolescents may be uncertain about their gender identity, experience distress regarding their gender or sex, are unsure how to understand  their sexual orientation and gender identity, or are unclear how to integrate their sexual orientation or gender identity with other important aspects of self and community. These children and youth benefit from psychotherapies that permit exploration and self-determination and provide accurate information about sexual orientation and gender identity.  These explor-

---

[15]      American Medical Association, *Resolution 122 (A-08):* Removing Financial Barriers to Care for Transgender Patients (2008); Wylie C. Hembree *et al.*, (2009). Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline, 94 Journal of Clinical Endocrinology & Metabolism 3132; American Psychological Association. (2008). *T*ransgender, Gender Identity, & Gender Expression Non-Discrimination*;* American Psychological Association. (2015).Guidelines for Psychological Practice with Transgender and Gender Nonconforming People, 70 American Psychologist 832.

atory approaches are permitted by the Law, allow the provision of appropriate interventions, and illustrate that the Law clearly bans harmful interventions while permitting safe and effective therapies. Such treatments are permitted under the Law and illustrate that the Law is an appropriate way to advance the health of minors.

21. For example, AACAP guidelines encourage psychotherapies that encourage developmentally appropriate identity exploration and integration without a predetermined outcome, adaptive coping, and family acceptance to improve psychological well-being. [16] AACAP's approach outlined below is permitted by the Law:

> *Comprehensive assessment and treatment of youth that includes exploration of all aspects of identity, including sexual orientation, gender identity, and/or gender expression is not "conversion therapy".* This applies whether or not there are unwanted sexual attractions and when the gender role consistent with the youth's assigned sex at birth is non-coercively explored as a means of helping the youth understand their authentic gender identity.[17] [emphasis added]

This approach permits a wide variety of identity exploration that render the Plaintiff's concerns moot; identity exploration over wide-ranging areas, beliefs, values and aspects of self, which they state is important. The Law permits providers to determine appropriate techniques and modalities that addressed individual patients' needs; it does not require a

---

[16]      American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation. (2009); American Psychiatric Association - A Guide for Working with Transgender and Gender Non-conforming Patients.

[17]      See AACAP (2018). https://www.aacap.org/AACAP/Policy_Statements/2018/Conversion_Therapy.aspx. Accessed 11/01.2022.

particular approach to treatment. The Law permits appropriate forms of professional treatment for minors while banning those who pose a risk of harm to minors.

22. The Law is also consistent with WPATH's[18] Standards of Care, v. 8 that describe treatment approaches for children and adolescents (see chapters 6 and 7). These standards stress the development of an individualized treatment plan that supports identity exploration and reduction of mental health distress. Such treatment is highly individualized and there is no one treatment plan. Such plans are designed to meet individual and family concerns after careful consultation and evaluation with licensed mental health professionals and medical providers.

23. I have read the complaint submitted by the Plaintiff. It ignores that the Law does not prescribe any form of treatment or mandate any particular outcome in any aspect of identity. As noted in this declaration, therapeutic approaches that have been designed for those of strong religious faiths are consistent with the Law.[19] The state of Colorado has the obligation to protect all of its citizens including those of a wide spectrum of beliefs and values. Rather, the complaint asks that the Court to ignore the scientific research and the standard of care for this population of children and youth. The material includes inaccurate representations of the scientific literature and caricatures and misstatements the current professional consensus for the standard of care for children and adolescents, especially the current

---

[18]      Coleman, E. et al. (2022). The World Professional Association for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (8th ed.). International Journal of Transgender Health http://dx.doi.org/10.1080/26895269.2022.2125695)

[19]      Yarhouse, M. A. (2019). *Sexual identity and faith*. The Templeton Foundation; Yarhouse, M. A., & Beckstead, L. (2011). Using group therapy to navigate and resolve sexual orientation and religious conflicts. *Counseling and Values*, *56*(1-2), 96-120. Advance online publication. https://doi.org/10.1002/j.2161-007X.2011.tb01034.x. Yarhouse, M. (2008). Narrative sexual identity therapy. *American Journal of Family Therapy, 39*, 196-210. Yarhouse, M. A., & Tan, E. S. N. (2005). Addressing religious conflicts in adolescents who experience sexual identity confusion. *Professional Psychology: Research and Practice*, *6*, 530-536. Yarhouse, M.A. & Sadusky, J. (2017). Gender dysphoria in clinical practice. FOCUS, 37 1, 24.

professional consensus of care for gender dysphoria in minors.[20] Similarly, a Court in New Jersey protected those who sought assistance from a group with stated religious beliefs. In *Southern Poverty Law Center. Michael Ferguson, et al., v. Jonah, et al.,* the court determined that fraud had been committed by a group performing CT.[21]

24. Most importantly, the plaintiff does not provide evidence to support CT claims of effectiveness, benefits, or safety. The plaintiff refers to individual or anecdotal claims cannot be scientifically validated and cannot be generalized to others. Systematic reviews and decades of empirical evidence have not found evidence of the effectiveness of CT change efforts and have rather found evidence for the use of non-directive and supportive treatments. As it is the licensed provider's responsibility to provide a scientifically based intervention that is effective, the declarants must provide such information to justify their efforts, rather than simply criticize other approaches.[22] A variety of research methodologies across diverse populations has found no evidence of effectiveness and potential harms. Taken as a whole, the scientific research and professional consensus is that conversion

---

[20]     Gender Dysphoria. Retrieved March 13, 2014, from American Psychiatric Publishing: http://www.dsm5.org/documents/gender%20dysphoria%20fact%20sheet.pdf. American Psychiatric Association (nd). Gender Dysphoria. https://www.psychiatry.org/psychiatrists/cultural-competency/education/transgender-and-gender-nonconforming-patients/gender-dysphoria-diagnosis; Coleman, E. et al. (2022). The World Professional Association for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Non-conforming People (8th ed.). International Journal of Transgender Health http://dx.doi.org/10.1080/26895269.2022.2125695)

[21]     JONAH Conversion Therapy Case. N.D. Accessed February 25, 2022. https://www.splcenter.org/seeking-justice/case-docket/michael-ferguson-et-al-v-jonah-et-a

[22]     For example, see American Psychological Association (2017). *Ethical Principles Of Psychologists and Code Of Conduct*. https://www.apa.org/ethics/code/ethics-code-2017. American Counseling Association (2014). Code of Ethics. https://www.counseling.org/docs/default-source/default-document-library/2014-code-of-ethics-finaladdressc97d33f16116603abcacff0000bee5e7.pdf?sfvrsn=5d6b532c_6

therapy is ineffective and poses the risks of harm.[23] These issues are discussed in more depth in this declaration.

25. All the studies validating CT[24] found that the subjects in studies purporting to validate CT were often referred by CT practitioners or were referred by "ex-gay" organizations. This "sampling bias" runs counter to the scientific standard of trying to find a broad sample of participants, and renders the results unreliable. When working with small communities or faith groups, participants should be randomly selected from as many potential participants to avoid bias. Selecting only participants who have been "chosen" by pro-SOCE practitioners or that are selected from a specific program risks selecting only those who are biased in favor of a particular result, or avoiding those who have been harmed or feel the experience is a failure. One report that used such methodology was retracted by its author citing its erroneous methods.[25]

---

[23]    See American Psychoogical Association (2021). APA Resolution on Gender Identity Change Efforts. Retrieved June 6, 2021, https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf; American Psychoogical Association (2021). APA Resolution on Sexual Orientation Change Efforts. Retreived June, 2021 https://www.apa.org/about/policy/resolution-sexual-orientation-change-efforts.pdf. Wright T, Candy B, King M. (2018). Conversion therapies and access to transition-related healthcare in transgender people: a narrative systematic review. BMJ Open;8:e022425. doi:10.1136/ bmjopen-2018-022425

[24]    American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation. (2009). *Report of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation*. http://www.apa.org/pi/lgbc/publications/therapeutic-resp.html; Panozzo, D. (2013). Advocating for an end to reparative therapy: Methodological grounding and blueprint for change. *Journal of Gay & Lesbian Social Services*, *25*(3), 362-377 doi:10.1080/10538720.2013.807214. Cramer, R. J., Golom, F. D., LoPresto, C. T., & Kirkley, S. M. (2008). Weighing the evidence: Empirical assessment and ethical implications of conversion therapy. *Ethics & Behavior, 18,* 93-114; Przeworski, A. Peterson, E. & Piedra, A. (2021). A systematic review of the efficacy, harmful effects, and ethical issues related to sexual orientation change efforts. *Clinical Psychology: Science and Practice*, 28(1), pp. 81-100 https://doi.org/10.1111/cpsp.1237; Serovich, JM, Craft, SM, Toviessi, P, Gangamma, R, McDowell, T & Grafsky, EL (2008). A Systematic Review Of The Research Base On Sexual Reorientation Therapies. Journal of Marital and Family Therapy April 2008, Vol. 34, No. 2, 227–238.

[25]    Spitzer, R. L. (2012). Spitzer reassesses his 2003 study of reparative therapy of homosexuality. *Archives of Sexual Behavior, 41*(4), 757.

26. Conversion therapists sometimes claim that their practices assist those whose sexual orientations have, in their view, been caused by sexual abuse or other traumatic events. But there is no credible link between a same-sex sexual orientation and sexual abuse. The American Academy of Pediatrics has concluded that "[T]here is no scientific evidence that abnormal parenting, sexual abuse, or other adverse life events influence[s] sexual orientation."[26] Reporting that one has been sexually abused is not proof of causality. In any event, CT is not a scientifically valid treatment for sexual abuse or other traumatic experiences. Evidence-based treatments for sexual abuse, and other abuse and trauma, focus on establishing safety and support and assisting survivors in managing post-traumatic stress and other mental health distress, reducing shame and self-blame, and resolving traumatic memories.[27] Changing sexual orientation is not part of these treatments and can increase shame and self-blame. The disclosure of sexual abuse in children and adolescents is a crisis and the overriding need is for emotional support. Comprehensive explanation guidelines for the treatment of sexual abuse and post-traumatic stress exclude CT and focus on sexual orientation and gender identity neutral approaches[28] or approaches that are sensitive to sexual orientation and gender diversity.[29]

27. The plaintiff misrepresents the research on accepted approaches for gender diverse, nonbinary, and transgender children and youth, most often-termed gender-affirming care.

---

[26]     Frankowski, B. L., & The American Academy of Pediatrics Committee on Adolescence. (2004). Sexual orientation and adolescents, *Pediatrics, 111*(6), 1827-1832. This report also discusses the development of sexual orientation so early in childhood it is prior to such adverse events.

[27]     Saunders, BE, Berliner, L., & Hanson, RF (Eds.). (2003*). Child Physical and Sexual Abuse: Guidelines for Treatment. Final Report https://eric.ed.gov/?id=ED472572.*

[28]     For example, see: Forbes, D., Creamer, M. Bisson, JI,  Cohen, JL et al. (2010). A guide to guidelines for the treatment of PTSD and related conditions. https://doi.org/10.1002/jts.20565.

[29]     Cohen, J. A. (2019). Trauma-focused cognitive behavioral therapy (TF-CBT) for LGBTQ youth. *Journal of the American Academy of Child & Adolescent Psychiatry*, *58*(10), S29. https://doi.org/10.1016/j.jaac.2019.07.124

Extensive research across many studies on children and adolescents provides reliable information on mental health outcomes of those provided care in specialty gender clinics and those in cross-sectional samples. These studies include large sample sizes that provide strong evidence of positive outcomes. This research indicates that those who receive support and gender affirming care have less depression and anxiety, reduced levels of suicidal thoughts and suicidal ideation.[30] For example, being able to use a chosen name as part of a social transition is linked to reduced depressive symptoms, suicidal ideation and behavior.[31] Psychological wellbeing improved in a longitudinal study of young adults who had received treatment as adolescents.[32] In a large community sample of transgender adolescents, those who received hormone therapy had lower levels of depression and thoughts

---

[30]     Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *The Journal of Sexual Medicine*, *12*(11), 2206–2214. https://doi.org/10.1111/jsm.13034; Becker-Hebly, I., Fahrenkrug, S., Campion, F., Richter-Appelt, H., Schulte-Markwort, M., & Barkmann, C. (2021). Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: A descriptive study from the Hamburg Gender Identity Service. *European Child & Adolescent Psychiatry*, *30*(11), 1755–1767. https://doi.org/10.1007/ s00787-020-01640-2; Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the men- tal health and well-being of transgender youths: Preliminary results. *International Journal of Pediatric Endocrinology*, *2020*(1). https://doi.org/10.1186/ s13633-020-00078-2; Carmichael, P., Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S., & Viner, R. M. (2021). Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. *PLoS One*, *16*(2), e0243894. https://doi.org/10.1371/journal. pone.0243894; Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., In-wards-Breland, D. J., & Ahrens, K. (2022). Mental health outcomes in transgender and nonbinary youths receiving gender-affirming care. *JAMA Network Open*, *5(*2), e220978. https://doi.org/10.1001/jamanetworko- pen.2022.0978; Van der Miesen, A., Steensma, T. D., de Vries, A., Bos, H., & Popma, A. (2020). Psychological functioning in transgender adolescents before and after gender-affirmative care compared with cisgender general population peers. *The Journal of Adolescent Health*, *66*(6), 699–704. https:// doi.org/10.1016/j.jadohealth.2019.12.018; Grannis, C., Leibowitz, S. F., Gahn, S., Nahata, L., Morningstar, M., Mattson, W. I., Chen, D., Strang, J. F., & Nelson, E. E. (2021). Testosterone treatment, internalizing symptoms, and body image dissatisfaction in trans- gender boys. *Psychoneuroendocrinology*, *132*, 105358. https://doi.org/10.1016/j.psyneuen.2021.105358.

[31]     Russell ST, Pollitt AM, Li G, Grossman AH. Chosen name use is linked to reduced depressive symptoms, suicidal ideation, and suicidal behavior among transgender youth. *J Adolesc Health.* 2018;63(4):503-505. doi:10.1016/j.jadohealth.2018.02.003

[32]     de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*, *134*(4),

and suicide attempts than those who wanted but did not receive such treatment.[33] In a longitudinal sample of transgender adolescents receiving hormone treatment, there was a significant increase in levels of observed general well-being and a significant decrease in levels of suicidality.[34] Body image improvements as well as improvements in mental health were noted following gender affirming care (e.g., puberty suppression and hormone treatment) in puberty and post-puberty adolescents.[35]

### III. Definitions and Developmental Concerns in Children and Youth

*Definitions of Core Concepts and Terms*

28. Sexual orientation is a well-established concept in psychology. Sexual orientation refers to a pattern of emotional, romantic, and/or sexual attractions and behaviors directed to another person. Sexual orientation is multidimensional, comprising gendered patterns in attraction, attachment, emotions and sexuality, as well as behavior, identity related to these patterns, and associated experiences and ideation. Sexual orientation focuses on biological characteristics of sex as well as aspects of gender identity and expression and can occur in a variety of forms, but is usually discussed in terms of categories such as heterosexual, lesbian, gay, and bisexual (including e.g., bisexual, pansexual, queer, fluid).

---

[33]     Green AE, DeChants JP, Price MN, Davis CK. 2021. Association of gender-affirming hormone therapy with depression, thoughts of suicide, and attempted suicide among transgender and nonbinary youth. *J Adolesc Health*. 2021;S1054-139X(21)00568-1. doi:10.1016/j.jadohealth.2021.10.036

[34]     Allen, L. R., Watson, L. B., Egan, A. M., & Moser, C. N. (2019). Well-being and suicidality among transgender youth after gender-affirming hormones. *Clinical Practice in Pediatric Psychology, 7*(3), 302–311. https://doi.org/10.1037/cpp0000288

[35]     Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics*. 2020;145(4):e20193006. doi:10.1542/peds.2019-3006

29. Decades of scientific research have shown unequivocally that heterosexual, gay, lesbian, and bisexual sexual identities are part of the normal spectrum of human sexual orientation and are not a mental illness or developmental defect.[36] There is no scientific or health purpose in attempting to change sexual orientation.

30. Decades of scientific research has shown that variations in gender identity and expression are normal aspects of human diversity and do not constitute a mental disorder or developmental defect.[37]

31. The modern scientific conceptualization of gender is as a nonbinary construct that allows for a range of gender identities. Gender identity is an established concept in psychology, referring to an internal, deeply rooted sense of oneself as being a girl, woman, or female; a boy, a man, or male; a blend of male or female, or for as some another gender; it is distinct from sexual orientation.[38] Gender identity is also distinct from gender expression, which refers to self-presentation including physical appearance, clothing choice, accessories, and behaviors. Most people have a gender identity that is congruent with their assigned sex at birth and is referred to as cisgender. For a transgender person, however, their gender identity does not match their assigned sex at birth. In addition, many people

---

[36]   American Psychological Association, APA Task Force on Psychological Practice with Sexual Minority Persons. (2021). *Guidelines for Psychological Practice with Sexual Minority Persons.* Retrieved from www.apa.org/about/policy/psychological-practice-sexual-minority-persons.pdf.

[37]   American Psychiatric Association (nd). Gender Dysphoria Diagnosis. Retrieved from: https://www.psychiatry.org/psychiatrists/cultural-competency/education/transgender-and-gender-nonconforming-patients/gender-dysphoria-diagnosis. American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist, 70*(9), 832–864.

[38]   American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist, 70*(9), 832–864, Coleman, E. et al., The World Professional Association for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (8th ed. 2022).

are gender-nonconforming—that is, their gender expression does not conform to traditional gender roles. Variations in gender identity are normal aspects of human gender.[39]

32. Human development is marked by changes over time in cognition, emotional, physical aspects. Some human capacities emerge only through this maturation process such as self-reflection, self-awareness, identity, and sexuality. The outcomes vary with individuals choosing diverse ways to define and express their identities. Some "coming out" or "transition" and some individuals do not. Individuals, including minors, have a variety of outcomes in their ultimate identity and lived experience. Appropriate treatment for children and adolescents facilitates unfolding of these developmental processes and self-guided identity exploration, development and integration rather than imposing a particular change process or identity outcome.

33. Identity development and exploration are well-established concepts in psychology, developed almost 75 years ago[40] that continue to be a cornerstone of developmental theories.[41] The American Psychological Association dictionary of psychology defines identity as the following: "an individual's sense of self defined by (a) a set of physical, psychological, and interpersonal characteristics that is not wholly shared with any other person and (b) a range of affiliations (e.g., ethnicity) and social roles. Identity involves a sense of continuity, or the feeling that one is the same person today that one was yesterday or last year (despite physical or other changes). Such a sense is derived from one's body sensations;

---

[39]     American Psychological Association (2021). APA Resolution on Gender Identity Change Efforts. Accessed October 18, 2022 from https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf.

[40]     Erikson, E. (1950/1963). *Childhood and society (2nd edition)*. Norton, NY.

[41]     For example, Marcia, JE. (1980). Identity in Adolescence. In J. Adelson (Ed.), *Handbook of Adolescent Psychology*. New York: Wiley.

one's body image; and the feeling that one's memories, goals, values, expectations, and beliefs belong to the self".[42] There are subtypes of identity that can be important to individuals that include, but are not limited to: gender, gender identity, ethnic, racial, religious, and sexual orientation.[43]

34. Identity development and exploration are part of the essential tasks of human development that occur during childhood and adolescence. Psychological research continues to explore different aspects of identity integration and development, especially in adolescence.[44] Identity development and exploration are key elements in psychotherapy,[45] especially in adolescence and young adulthood as individuals explore aspects and resolve identity conflicts in relation to family, peers, and society.

35. The existing professional guidelines recommend non-directive treatment that is consistent with the Law to "provide acceptance, support, and understanding of clients or the facilitation of clients' coping, social support, and identity exploration and development" as this permits clients to follow their unique developmental and self-determined pathway. Engaging in treatment with a client by imposing a non-self-determined sexual orientation or

---

[42]     American Psychological Association (nd). https://dictionary.apa.org/identity. Accessed 10/27/2022.
[43]     Erikson, E. (1950/1963).
[44]     Lamb, KM, Stawski, RS, Dermody, SS. (2021). Religious and Spiritual Development from Adolescence to Early Adulthood in the U.S.: Changes over Time and Sexual Orientation Differences. Archives of Sexual Behavior (2021) 50:973–982 https://doi.org/10.1007/s10508-021-01915-y
[45]     American Psychological Association (2009). *Report of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation*. https://www.apa.org/pi/lgbt/resources/therapeutic-response.pdf, p. 55.

gender identity outcome on a client, especially a minor, violates ethical specific norms and scientific research of healthy outcomes.[46]

36. The Law specifies that care that support gender transition care is permitted and that includes interventions such as gender-affirming care, but it is not limited to these interventions. Gender-affirming care is an umbrella term covering many types of interventions. Gender affirming care includes a carefully designed care plan or service that is necessary to assess, maintain, or improve health and well-being and to avoid illness or reduce symptoms based on existing professional guidelines and scientific evidence. Such care varies by physical and developmental age as described in professional guidelines.[47]

37. For children, gender affirming care includes exploration of identity and individual and family information. Some children on their own or with family support explore aspects of self related to appearance (e.g., hair length/cut, clothes) and identity (e.g., name, pronouns). In some instances, such exploration may include a social transition (e.g., changing one's name, pronoun, and/or appearance) used by family, peers, and community. For children such actions are noninvasive and reversible. Social transition can occur without professional intervention.

---

[46]     Multiple guidelines and statements exist, but key guidelines include (with hyperlinks): American Academy of Pediatrics – Supporting & Caring for Transgender Children; American Psychiatric Association - A Guide for Working with Transgender and Gender Non-conforming Patients; American Psychological Association – Guidelines for Psychological Practice with Transgender and Gender Nonconforming People; Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline; The World Professional Association for Transgender Health (WPATH) - Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People v.8. Substance Abuse and Mental Health Services Administration (2015). *Ending conversion therapy: Supporting and protecting LGBTQ youth*. Rockville, MD. Retrieved from https://store.sam-hsa.gov/product/Ending-Conversion-Therapy-Supporting-and-Affirming-LGBTQ-Youth/SMA15-4928\.

[47]     Coleman, E. et al. (2022). The World Professional Association for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (8th ed.).

38. Gender-affirming care for adolescents can include the exploration of appearance and identity noted above, as well as social transition. Based on the youth's needs, and limited by age to pubertal and post-pubertal youth, gender-affirming medical care can include pubertal suppression,[48] which reduces gender dysphoria and permits further identity exploration and cognitive development. Interventions for adolescents include considering the prior-listed interventions and gender-affirming hormonal treatment or proceeding with puberty.[49] Such care may be medically necessary based on mental health and medical needs. Surgical interventions for older adolescents or adults may be recommended if permitted by state law and if seen as medically necessary. Medical treatments can only be provided by those whose scope of practice includes such interventions.

### IV. Overview of Research and Professional Consensus on Conversion Therapy

39. Conversion therapy refers to efforts, performed by professionals and nonprofessionals, that seek to change the treatment recipient's sexual orientation and/or gender identity. This includes reducing or eliminating same-sex sexual attractions or changing sexual orientation from gay, lesbian, or bisexual to heterosexual. Conversion therapy also includes efforts to change gender identity, gender expression, or associated components of these to be consistent with gender role behaviors that are stereotypically associated with sex assigned at birth.[50] These efforts are also referred to as sexual orientation change efforts and gender identity change efforts. Currently, CT is attempted primarily by verbal efforts including

---

[48]     Panagiotakopoulos, L. (2018). Transgender medicine — puberty suppression. Review Endocrine Metabolic Disorders (3):221-225. doi: 10.1007/s11154-018-9457-0.

[49]     Abramowitz, J. (2019). Hormone Therapy in Children and Adolescents. Endocrinol Metab Clin North Am 48(2):331-339. DOI: 10.1016/j.ecl.2019.01.003.

[50]     American Psychological Association (2021). APA Resolution on Gender Identity Change Efforts. https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf.

role plays, behavior modification through non-aversive techniques, psychoanalytic tech-

niques, cognitive therapies, medical approaches, family therapy, and religious/spiritual-

influenced efforts.

40. CT is based on outdated, unscientific beliefs and false stereotypes about the causes and

nature of sexual orientation and gender identity.[51] CT is based on the inaccurate and per-

nicious stereotyped notions that same-sex attractions and gender identity diversity are

disorders and inferior to opposite-sex attractions and cisgender identification, and that les-

bian, bisexual, gay, and transgendered (LGBT) individuals are incapable of leading pro-

ductive lives and engaging in stable sexual and family relationships.  Many conversion

therapists falsely claim, for example, that being gay, lesbian or bisexual, or transgender, is

caused by problematic dynamics between parents and children, child abuse, or sexual

abuse. These ideas have no basis in science and have been thoroughly discredited through

decades of scientific research.[52] These ideas are inconsistent with an evidence-based un-

derstanding of sexual orientation and gender identity.

41. In children and adolescents, CT also includes attempts to change a child's or adoles-

cent's sexual orientation or efforts to prevent the development of a same-sex sexual orien-

tation and identity in adolescence and adulthood. CT also includes efforts to change gender

expression in children (e.g., demeanor, actions, and dress associated with gender roles) and

---

[51]     APA Task Force Report (2009).

[52]     American Psychological Association (2021). APA Resolution on Gender Identity Change Efforts.
https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf. American Psychological Associa-
tion (2021). APA Resolution on Sexual Orientation Change Efforts. https://www.apa.org/about/policy/resolution-
sexual-orientation-change-efforts.pdf.

to suppress gender nonconforming behaviors in order to prevent or change gender noncon-forming identities or transgender identities. CT also includes efforts to change gender ex-pression (e.g., dress, behaviors) in children and adolescents are sometimes applied in an effort to prevent a child from growing up to be lesbian, gay, bisexual, or transgender.

42. CT occurs in all of the United States.[53] Based on survey data, it is estimated that about 350,000 adults in the United States received CT when they were adolescents and about 16,000 youth (ages 13-17) will receive CT from a licensed health care professional before they reach the age of 18 in the 32 states that currently do not ban the practice. It is estimated that 10,000 LGBT youth (ages 13-17) live in states such as Colorado that ban conversion therapy and have been protected from receiving conversion therapy from a licensed health care professional before age 18.[54] A recent study of transgender adults found that transgender individuals report lifetime exposure CT in all 50 from 2010-2015. [55]

*Key issues in Protecting Minors: Child Development*

43. The Law's goal is to protect children and adolescents from harmful treatments by li-censed professional as part of its responsibilities to protect children. In order to fully un-derstand the profound harm experienced by children and adolescents subjected to CT, it is important first to explain some of the key developmental tasks related to sexual orientation

---

[53]     Turban, J.L. King, D. Reisner, S.L, Keuroghlian, AS (2019). Psychological Attempts to Change a Person's Gender Identity From Transgender to Cisgender: Estimated Prevalence Across US States, 2015. American Journal of Public Health, 109(10), 1452-1454 doi: 10.2105/AJPH.2019.305237

[54]     Mallory, C., Brown, C. N. T., & Conron, K. J. (2019, June). *Conversion therapy and LGBT youth: Update.* The Williams Institute, UCLA School of Law. https://williamsinstitute.law.ucla.edu/wp-content/uploads/Conver-sion-Therapy-Update-Jun-2019.pdf;

[55]     Turban JL, King D, Reisner SL, Keuroghlian AS. (2019). Psychological attempts to change a person's gen-der identity from transgender to cisgender: estimated prevalence across US states, 2015.American Journal of Public Health. 109(10), 1452–1454.

and gender identity for all children. As will be further explained below, CT undermines and counteracts the building blocks of a healthy childhood, adolescence, and adulthood. Children and adolescents who are LGBT or are questioning and exploring are a vulnerable population and may need additional support and protection.

44.   The development of gender identity and sexual orientation are universal processes that take place early in childhood. They are part of each phase of a child's cognitive, emotional and physical development. As a child matures, their cognitive ability and identity becomes more sophisticated and self-awareness and identity evolve. Family and cultural messages about difference and identity are more evident and understood and peer acceptance becomes more important. Sexual orientation development is heightened in adolescence during puberty when youth develop deeper friendships and intimate relationships, focus on a future occupation, achieve greater emotional independence from their parents, and develop their own values. Gender identity diversity and nonconforming behaviors start in early childhood, but with puberty, gender diverse adolescents are faced with an increased awareness of the discordance between their gender identity and physical body, potentially leading to heightened distress.

45. A fundamental basis of human development is the establishment of trusting human relationships early in life; children depend on families and communities for love, protection, and safety. Most children thrive when provided with love and support, and know that others are committed to their growth to adulthood. It is important that young people have spaces in which they feel safe enough to explore core aspects of their identities.

46. However, children are vulnerable to the disapproval and rejection of others. They learn from an early age whether their feelings match cultural expectations. Sadly, even after decades of progress, sexual orientation and gender diversity are stigmatized—devalued, denigrated and seen as less-than. Positive images of gender and sexual orientation diversity are lacking, and children and adolescents are often not exposed to positive lesbian, gay, bisexual, transgender (LGBT) role models. It is a double burden to grow up without positive role models and to protect one's self-esteem from these negative stereotypes.[56]

47. Self-acceptance of diverse aspects of self improves mental health.[57] At each stage of developmental change, lesbian, gay, bisexual, transgender and questioning (LGBTQ) children often feel isolated and alone. Many LGBTQ children and adolescents must navigate the awareness and acceptance of their socially marginalized sexual orientation or gender identity without adequate information and support.

48. Research indicates that gender and sexual orientation diverse children and adolescents benefit when they experience support from their parents.[58] This support does not change their gender identity or sexual orientation, but it improves their family relationship and

---

[56]     Russell, S. & Fish, J. (2016). Mental Health in Lesbian, Gay, Bisexual, and Transgender (LGBT) Youth. Annual Review of Clinical Psychology, 12, 465-487.

[57]     Green AE, Price-Feeney M, Dorison SH. Association of sexual orientation acceptance with reduced suicide attempts among lesbian, gay, bisexual, transgender, queer, and questioning youth. *LGBT Health*. 2021;8(1):26-31. doi:10.1089/lgbt.2020.0248

[58]     Ryan, C. (2009). *Supportive families, healthy children: Helping families with lesbian, gay, bisexual, and transgender children*. San Francisco, CA: Family Acceptance Project, Marian Wright Edelman Institute, San Francisco State University; Ryan, C., Russell, ST, Huebner, D. ,Diaz, R., Sanchez, J. (2010). Family acceptance in adolescenc and the health of LGBT young adults. *Journal of Child and Adolescent Psychiatric Nursing, 23*(4), 205–213.

reduces mental health distress and symptoms.[59] Research indicates that when children and
youth receive this support regarding these elements of their identity their mental health is
similar to siblings and peers.[60] Parental indifference or rejection increases the risk of de-
veloping mental health symptoms, including higher rates of depressive and anxiety symp-
toms.[61]

49. Adolescents face unique challenges. The teen years are a crucial time to explore, ac-
cept, and integrate sexual orientation and a mature gender identity into their developing
lives. Key questions arise:  How will I fit in? Will people reject me? Will I find a partner
or create a family? Do I have a future being my true self? For those who experience their
LGBT orientation and identity as "less-than," bad or inadequate, these questions are even
harder. Such individuals will likely develop chronic feelings of shame and/or guilt. Many
will avoid or postpone key tasks of identity acceptance, integration, and family formation
because the stress is so overwhelming.[62] This is harmful because  delays in these adult
milestones have long-term emotional, educational and employment effects resulting in a

---

[59]     Rafferty, J. & Committee on Psychological Aspects of Child and Family Health, Committee on Adoles-
cence, and Committee on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. (2018). Ensuring Compre-
hensive Care and Support for Transgender and Gender-Diverse Children and Adolescents, *Pediatrics*, 142 (4)
e20182162.

[60]     Fast, AA & Olson KR. (2018). Gender development in transgender preschool children. *Child Development,*
89(2):620-637. doi:10.1111/cdev.12758; Olson KR, Durwood L, DeMeules M, et al. (2016). Mental Health of
Transgender Children Who Are Supported in Their Identities. *Pediatrics;* 137(3):e20153223; Olson KR, Gülgöz S.
(2018). Early findings from the TransYouth Project: Gender development in transgender children. *Child Develop-
ment  Perspectives,* 12(2):93-97. https://doi.org/10.1111/cdep.12268

[61]     Pariseau, EM, Chevalier, L,  Long, KA.; Clapham, R; Edwards-Leeper, L; Tishelman, AC. (2019). The Re-
lationship Between Family Acceptance-Rejection and Transgender Youth Psychosocial Functioning. Clinical Prac-
tice in Pediatric Psychology 7(3), 267-277.

[62]     Russell, S. & Fish, J. (2016). Mental Health in Lesbian, Gay, Bisexual, and Transgender (LGBT) Youth.
Annual Review of Clinical Psychology, 12, 465-487.

greater chance of emotional distress and lower levels of educational and vocational achievement.[63]

50. Children and adolescents experience these negative influences more profoundly than adults due to their increased emotional vulnerability and less developed capacity to cope effectively with the harm of discrimination.64

51. Along with the isolation caused by disapproval and the shame imposed by the larger culture, many children and adolescents are exposed to actual discrimination and aggression that ranges from  disrespect to bullying to even violence. Discrimination, cultural stigma, and exposure to or threat of violence create "minority stress," a phenomenon also experienced by other stigmatized minorities. Minority stress is linked to poor mental and physical health, particularly psychological distress.[65] In fact, this recent research on adolescents indicates that LGBT adolescents are at a greater risk of mental distress than their heterosexual peers because of the stress of anti-LGBT prejudice and discrimination.

---

[63]      Ryan, C., Toomey, R. B., Diaz, R. M., & Russell, S. T. (2018). Parent-initiated sexual orientation change efforts with LGBT adolescents: Implications for young adult mental health and adjustment. *Journal of Homosexuality, 67*(2), 159-173. https://doi.org/10.1080/00918369.2018.1538407

**64**      For example, see: Raifman, J, Moscoe, E., Austin, S.B., & McConnell M. (2017). Difference-in-differences analysis of the association between state same-sex marriage policies and adolescent suicide attempts  JAMA Pediatrics; Substance Abuse and Mental Health Services Administration (2015). Ending conversion therapy: Supporting and protecting LGBTQ youth. Rockville, MD. Retrieved from https://store.samhsa.gov/product/Ending-Conversion-Therapy-Supporting-and-Affirming-LGBTQ-Youth/SMA15-4928\.

[65]      Hatzenbuehler, ML & Pachankis, JE (2016). Stigma and minority stress as social determinants of health among lesbian, gay, bisexual, and transgender youth:  Research evidence and clinical implications. *Pediatric Clinics of North America*, 63, 985–997.

52. Importantly, these increased risks of emotional distress are not a function of the sexual orientation or gender identity of LGBT children. Rather, these negative mental health outcomes stem from the harmful impact of prejudice, discrimination, rejection, harassment, and violence directed at those who are LGBTQ or are perceived to be LGBTQ.[66]

## V.   Conversion therapy treatment interventions are harmful and ineffective

*Understanding Research*

53. The plaintiff's statements do not provide a clear discussion of research and could be misleading. This section explains some research basics to allow the Court to better understand research results. Research should be designed so that the scientist can adequately answer a question or study a topic. Researchers, in reporting results, should make claims consistent with the adequacy of their research design. For example, to establish causal relations such as whether a treatment is effective, a researcher exposes a population to a uniform intervention and then evaluates its effect.  Well-constructed psychological research demonstrates that the intervention is the only plausible explanation for an observed outcome, such as change in sexual orientation. Methodological limitations can undermine the certainty that observed changes in people's attitudes, beliefs, and behaviors are a function of the particular interventions to which they were exposed. A flaw in some research is making causal claims when the design does not permit those conclusions due to problems with measurement, statistical analysis, or the construct studied. All research should report its limitations. If the study is not carefully designed, the researcher should not make causal

---

[66]      Ibid. Institute  of Medicine. (2011).The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding. Washington, DC: National Academies Press; American Psychological Association (2020). APA Resolution on Opposing Discriminatory Laws, and Practices Based on LGBTQ+ Persons.

claims. Much of the CT literature from 1960-2008 made claims of change that were not supported by evidence.

54. Randomized Controlled Trials (RCT) are one type of study that can be helpful in understanding causality, where subjects are randomly assigned an intervention/nonintervention. However, no one study establishes finality and in certain cases RCTs are not the appropriate research design. RCTs often study only a unique population and cannot be generalized to patients in the real world; they may not be able to ascertain changes after the experimental period or the impact of a treatment, or identify adverse effects post-treatment. The absence of a RCT does not indicate that there are not effective interventions or evidence for medical or professional guidelines.[67] Other studies can establish practical interventions, health relationships and harms.[68]

55. Non-experimental observational research can establish correlations or associations but cannot establish causality. Associations can be important indicators of risk factors and harms as well as benefits. These research types can use psychological tests and measures to assess traits or the prevalence of certain conditions in a population, or compare populations. As with experimental research, this research relies on construct validity (evaluating

[67]     Frieden, T. R. (2017). Evidence for Health Decision Making — Beyond Randomized, Controlled Trials. New England Journal of Medicine, 377:465-475; Mulder R, Singh AB, Hamilton A, Das P, Outhred T, Morris G, Bassett D, Baune BT, Berk M, Boyce P, Lyndon B, Parker G, Malhi GS. (2018). The limitations of using randomised controlled trials as a basis for developing treatment guidelines. Evidenced-Based Mental Health 21(1), 4-6. doi: 10.1136/eb-2017-102701

[68]     Chou, R., Aronson, N., Atkins, D., Ismaila, A. S., Santaguida, P., Smith, D. H., Whitlock, E., Wilt, T. J., & Moher, D. (2010). AHRQ series paper 4: Assessing harms when comparing medical interventions: AHRQ and the effective health-care program. *Journal of Clinical Epidemiology*, *63*(5), 502-512. https://doi.org/10.1016/j.jclinepi.2008.06.007; gland Journal of Medicine, 377:465-475; Mulder R, Singh AB, Hamilton A, Das P, Outhred T, Morris G, Bassett D, Baune BT, Berk M, Boyce P, Lyndon B, Parker G, Malhi GS. (2018). The limitations of using randomised controlled trials as a basis for developing treatment guidelines. Evidenced-Based Mental Health (21(1), 4-6. doi: 10.1136/eb-2017-102701.

a valid hypothesis based on existing scientific evidence), valid measures and assessment tools, valid use of statistics, internal safeguards to prevent researcher or participant bias, and samples that are large enough to measure an effect and that are reasonably representative of the population. Much of the current literature on CT is this type of research, especially studies from 2009-2022.

56. Qualitative research can explore in unstructured ways the perceptions and experiences of participants in order to develop hypotheses to be tested. This type of study can provide details of the lived-experience of the individual. These methods include clinical case studies, interviews, or questionnaires. Some of the current literature on CT, 2009-2022, is this type of study.

57. Research on children and adolescents is limited due to existing guidelines and standards. The lack of certain types of research, such as experimental data, is due to the need to avoid harm. The National Research Act of 1974,[69] a law passed to protect research subjects, identifying the basic ethical principles that should underlie the conduct of biomedical and behavioral research involving human subjects. Research guidelines are developed to ensure that such research is consistent with those principles, seeking to avoid instances where individuals were exposed to dangerous treatments or informed consent was not obtained. This is particularly true in cases where subjects cannot freely consent to treatment due to age, health condition, or conditions that make them unable to freely choose (e.g., institutionalized or dependent individuals).

---

[69]  The Belmont Report https://www.hhs.gov/ohrp/regulations-and-policy/belmont-report/index.html

58. Current government standards for research on children are quite stringent and limit research and interventions that could pose harm to children.[70] Directly studying an intervention that has no benefits and poses a risk of harm violates these research regulations, including providing treatments to children that have been shown to be harmful to adults. Thus, this necessitates a greater use of alternative methods such retrospective studies or case registries when researching harms in children, youth and young adults.[71]

59. Harms are often assessed by a variety of means and the evidence for harms is different from treatment benefits or efficacy.[72] Given the ethical obligation *To Do No Harm*, there is a greater need to consider any possibility of harm. In certain instances, a variety of methods may be used that are broader than studies to prove benefits in order to protect patients.[73] For example, many treatments have delayed side effects that do not occur until a period after the intervention. Patient and provider reports of these impacts are used to evaluate negative impacts.

---

[70]    Department of Health and Human Services. (2018). 45 CFR 46. https://www.hhs.gov/ohrp/regulations-an-policy/regulations/45-cfr-46/index.html; Grimsrud KN , Sherwin, CMT, Constance, JE, Tak, C, Zuppa, AF, Spigarelli, MG & Mihalopoulos, NL. (2015). Special population considerations and regulatory affairs for clinical research. Clinical Research & Reguluatory Affairs. 2015 ; 32(2): 47–56. doi:10.3109/10601333.2015.1001900.
[71]    Kimberly, LL; McBride Folkers, K. Friesen, P, Sultan, D, Gwendolyn P. et al. (2018). Ethical Issues in Gender-Affirming Care for Youth. *Pediatrics,* 142(6), e20181537; Dimidjian, S., & Hollon, S. D. (2010). How would we know if psychotherapy were harmful? *American Psychologist*, 65(1), 21-33. https://doi.org/10.1037/a0017299.
[72]    Chou, R., Aronson, N., Atkins, D., Ismaila, A. S., Santaguida, P., Smith, D. H., Whitlock, E., Wilt, T. J., & Moher, D. (2010). AHRQ series paper 4: Assessing harms when comparing medical interventions: AHRQ and the effective health-care program. *Journal of Clinical Epidemiology*, 63(5), 502-512. https://doi.org/10.1016/j.jclinepi.2008.06.007
[73]    Chou, R., Aronson, N., Atkins, D., Ismaila, A. S., Santaguida, P., Smith, D. H., Whitlock, E., Wilt, T. J., & Moher, D. (2010). AHRQ series paper 4: Assessing harms when comparing medical interventions: AHRQ and the effective health-care program. *Journal of Clinical Epidemiology*, 63(5), 502-512. https://doi.org/10.1016/j.jclinepi.2008.06.007

60. Negative effects and harms of interventions are studied in a variety of ways. Some studies include the negative effects or harms as part of research on the effectiveness or benefits of an intervention. Other studies evaluate harm as part of larger studies of impact of events and treatments by comparing samples of individuals who experienced events or treatments with those who did not. Investigators can also record negative effects (e.g., negative emotional and physical side effects, perceptions of harm, high drop-out rates).

61. Assessments of harm are especially needed in treatments of children. Given children's developmental vulnerability and cognitive variation in the ability to consent to treatment, avoiding potential harms is essential to ensure safety.[74] CT has been identified as a potentially harmful therapy in rigorous independent assessments. These assessments use scientific research to identify psychotherapy interventions whose risk of harm exceed any purported benefits. Studies dating across two decades have evaluated CT and identified it as a potentially harmful treatment.[75]

*Research Studies on Conversion Therapy*

62. In this section, I review the research literature on CT for sexual orientation change and research on CT for gender identity change efforts. Some studies include both areas and some do not. In more recent studies (2020-2022), the populations are often combined. As

---

[74]     Mercer, J. (2017). Evidence of potentially harmful psychological treatments for children and adolescents. *Child & Adolescent Social Work Journal, 34*(2), 107-125. https://doi.org/10.1007/s10560-016-0480-2

[75]     Przeworski, A. Peterson, E. & Piedra, A. (2021). A systematic review of the efficacy, harmful effects, and ethical issues related to sexual orientation change efforts. *Clinical Psychology: Science and Practice*, 28(1), pp. 81-100 https://doi.org/10.1111/cpsp.1237. Lilienfeld, S. O. (2007). Psychological treatments that cause harm. *Perspectives on Psychological Science, 2,* 53-70. Teachman, B. A., White, B. A., & Lilienfeld, S. O. (2021). Identifying harmful therapies: Setting the research agenda. *Clinical Psychology: Science and Practice, 28*(1), 101–106. https://doi.org/10.1037/cps0000002

noted above, generally treatments found to be harmful and ineffective for adults are not usually provided to children.

Scientific Research on Sexual Orientation Change Efforts (SOCE) 1960-2008

63.    The APA Task Force Report found that some of the research from the 1960s to the 1980s used experimental designs that allowed for causal conclusions on the impact of SOCE. Later research, such as those from the 1980s to –2008, have serious deficiencies and the claims made by the researchers are not supported by their research design. None of the research from the 1980s to 2008 can make credible causal claims of whether SOCE is effective.[76] There are substantial deficiencies in research design and analysis of research from the 1980s to 2008.[77]

*Effectiveness*

64.    The APA Task Force Report concluded that the entire body of research from the 1960s to 2008 does not support any claims that SOCE can change sexual orientation. Participants in the early research continued to experience same-sex attractions following

---

[76]    APA Task Force, 2009, pp. 26-35; Panozzo, D. (2013). Advocating for an end to reparative therapy: Methodological grounding and blueprint for change. *Journal of Gay & Lesbian Social Services*, *25*(3), 362-377 doi:10.1080/10538720.2013.807214.

[77]    These deficiencies include (a) inconsistent or nonuniform treatment, or multiple treatments so that it is unclear what actually impacted the patient; (b) unreliable assessment and outcome measures, including subjective measures of sexual orientation; (c) inappropriate selection and performance of statistical tests; (d) retrospective recall, where participants recall treatment experiences from long ago, which increase subjective judgments in the reporting of results that vulnerable to reappraisal, omission, social desirability, and distortion; (e) high participant drop-out rates; and (f) selective recruitment from SOCE providers or religious self-help groups that advocate for SOCE.

SOCE and did not report significant change to other-sex attractions that could be empirically verified.[78]

*Harms*

65.     The research from the late 1960s through the early 1980s did document harms, such as adverse effects to individuals who received verbal and behavioral treatments. The negative side effects included loss of sexual feeling, depression, suicidality, and anxiety.

66.     The APA Task Force reviewed and analyzed studies of religiously-oriented SOCE (e.g., verbal forms, support groups, religious efforts). In these non-experimental studies, participants perceived that they had been harmed by SOCE. Some participants identified negative changes in relationships with family; increased negative self-esteem and self-worth; increased self-blame; and increased depression, anxiety, suicidality, and loss of faith.[79] Individuals who failed to change their sexual orientation, while believing they should have changed as the result of such efforts, described their experiences as a significant cause of emotional and spiritual distress and negative self-image.[80]

67. The APA Task Force (2009) reviewed the literature on SOCE, especially performed on children and adolescents, and found no research demonstrating that SOCE has an impact

---

[78]     APA Task Force, pp. 35-43.

[79]     APA Task Force, pp. 50-52; Beckstead, A. L., & Morrow, S. L. (2004). Mormon clients' experiences of conversion therapy: The need for a new treatment approach. *The Counseling Psychologist*, *32*(5), 651-690. https://doi.org/10.1177/0011000004267555

[80]     APA Task Force, pp. 50-53.

on childhood or eventual adult sexual orientation. In published studies, one common treatment in children was reinforcing gender stereotypic behaviors and suppressing nonconforming gender expressions to prevent adult LGB attraction and identity. However, the studies provided no confirmation that teaching or reinforcing stereotyped gender-normative behavior in childhood or adolescence can alter future adult sexual orientation.[81]

68. Published accounts that describe inpatient facilities for adolescents designed to change their sexual orientation or the behavioral expression of their sexual orientation suggest that such approaches have the potential to increase isolation, self-hatred, internalized stigma, depression, anxiety, and suicidality by presenting fear-based inaccurate and stereotyped information. These programs can violate ethical and practice guidelines by ignoring current scientific information on sexual orientation and gender identity, by not providing treatment in the least-restrictive setting possible, and by not protecting client self-determination. Many of these programs are unlicensed as they are affiliated with faith organizations and are not required to provide educational or health treatments.[82]

### Research on SOCE from 2009 to present

69. SOCE research from 2009 to the present falls into two broad categories, both of which examine the experiences of individuals who have undergone SOCE.[83] The first group of studies provides information on how participants — primarily adults undergoing

---

[81] APA Task Force, pp. 71-80.

[82] APA Task Force, pp. 71-80. Friedman et al. (2010). Unlicensed Residential Programs: The Next Challenge in Protecting Youth. *American Journal of Orthopsychiatry,* 76(3), 295-303.

[83] Bradshaw et al., 2015; Dehlin et al., 2014; Fjelstrom, 2013; Flentje et al., 2014; Maccio, 2011; Weiss et al., 2010)

voluntary, religiously-motivated CT — perceive the success or other impacts of their experiences. None of these studies are experimental and they cannot determine causal effects, but do provide insight into the experiences of participants. The second group of studies used cross-sectional and other sampling techniques of individuals who reported being exposed to CT (both sexual orientation and gender identity change efforts) and those who did not for information regarding post-treatment mental health and life-course.[84] These studies use existing large samples or internet recruitment to include more demographically diverse participants including women and people of color. The large size of these samples, often several thousand or tens of thousands, allows information on CT. However, the information on CT is limited and often just a question on whether an individual was exposed to efforts to change their sexual orientation or gender identity. Some of these studies include adolescents, but not all. These studies determine associations and make comparison between those who have experienced CT and those who have not. These studies can propose influential or related associations but cannot determine causality. The following review of research studies focuses on those whose design was scientifically sound and whose methodology supported exploration of their research questions. In these studies, participants did not perceive they had experienced sexual orientation change. Many experienced harms. The findings are described below.

*Effectiveness*

70. One of the major studies is a 1,600-person sample of the Church of the Latter Day Saints where individuals underwent voluntary SOCE for faith-based reasons. Researchers

---

[84]    Blosnich et al., 2020; Green et al., 2020; Higbee et al., 2020; Ryan et al., 2018; Salway et al., 2020.

found that participants' same-sex attractions and arousal persisted despite the individuals'

efforts to change. Ultimately, the vast majority of participants (95+%) reported little to no

perceived change in sexual orientation change as a result of these efforts.[85]

71.    These results are consistent with five other non-experimental studies on voluntary

treatment of adults who were exposed to SOCE. These participants did not report changes

in sexual orientation.[86]

*Harms Reported for Conversion Therapy*

72.    In the same study of 1,600 individuals from the LDS Church found that 37% of

participants reported efforts were moderately to severely harmful. Reported harms included

decreased self-esteem, increased self-shame, increased depression and anxiety, the feeling

that they had wasted time and money, increased distance from God and their faith institu-

tions, worsening of family relationships, and increased suicidality.[87] Religious participants

reported these psychological harms as well as loss of faith, negative effects on family rela-

---

[85]      Bradshaw, K., Dehlin, J. P., Crowell, K. A., Galliher, R. V., & Bradshaw, W. S. (2015). Sexual orientation change efforts through psychotherapy for LGBQ individuals affiliated with the Church of Jesus Christ of Latter-day Saints. *Journal of Sex & Marital Therapy*, *41*(4), 391-412. https://doi.org/10.1080/0092623X.2014.915907; Dehlin, J. P., Galliher, R. V., Hyde, D. C., & Crowell, K. A. (2014). Sexual orientation change efforts among current or former LDS church members. *Journal of Counseling Psychology*, *62*(2), 95-105. https://doi.org/10.1037/cou0000011

[86]      Fjelstrom, J. (2013). Sexual orientation change efforts and the search for authenticity. *Journal of Homosexuality*, *60*(6), 801-827. https://doi.org/10.1080/00918369.2013.774830; Flentje, A., Heck, N. C., & Cochran, B. N. (2013). Sexual reorientation therapy interventions: Perspectives of ex-ex-gay individuals. *Journal of Gay & Lesbian Mental Health*, *17*(3), 256-277. https://doi.org/10.1080/19359705.2013.773268 ; Flentje, A., Heck, N. C., & Cochran, B. N. (2014). Experiences of ex-ex-gay individuals in sexual reorientation therapy: Reasons for seeking treatment, perceived helpfulness and harmfulness of treatment, and post-treatment identification. *Journal of Homosexuality*, *61*(9), 1242-1268. https://doi.org/10.1080/00918369.2014.926763; Maccio, E. M. (2011). Self-reported sexual orientation and identity before and after sexual reorientation therapy. *Journal of Gay & Lesbian Psychotherapy*, *15*(3), 242-259; Weiss, E. M., Morehouse, J., Yeager, T., & Berry, T. (2010). A qualitative study of ex-gay and ex-ex-gay experiences. *Journal of Gay & Lesbian Mental Health*, *14*(4), 291-319. https://doi.org/10.1080/19359705.2010.506412.

[87]      Bradshaw et al., 2015; Dehlin et al., 2014.

tions, and regret over the of waste of time and money. Efforts to isolate or compartmentalize sexual orientation from faith beliefs that condemn diverse sexual orientations were difficult and not maintained over time.[88]

73.     This result is consistent with other studies where participants reported similar self-reported harms, such as increased depression, anxiety, suicidality, shame, guilt, and self-hatred.[89]

74.     Research indicates that SOCE presents specific risks for religious individuals because of the potential loss of faith from such efforts.[90]  The sense of failure is especially difficult for religious individuals who have such a great deal at stake (including their relationship with the divine and ties to family and community). For faith-based populations, interventions not associated with SOCE are generally safer and potentially more beneficial for clients.[91]

[88]     Dehlin, Galliher, & Crowell, 2015

[89]     Fjelstrom, J. (2013). Sexual orientation change efforts and the search for authenticity. *Journal of Homosexuality*, *60*(6), 801-827. https://doi.org/10.1080/00918369.2013.774830; Flentje, A., Heck, N. C., & Cochran, B. N. (2013). Sexual reorientation therapy interventions: Perspectives of ex-ex-gay individuals. *Journal of Gay & Lesbian Mental Health*, *17*(3), 256-277. https://doi.org/10.1080/19359705.2013.773268 ; Flentje, A., Heck, N. C., & Cochran, B. N. (2014). Experiences of ex-ex-gay individuals in sexual reorientation therapy: Reasons for seeking treatment, perceived helpfulness and harmfulness of treatment, and post-treatment identification. *Journal of Homosexuality*, *61*(9), 1242-1268. https://doi.org/10.1080/00918369.2014.926763; Maccio, E. M. (2011). Self-reported sexual orientation and identity before and after sexual reorientation therapy. *Journal of Gay & Lesbian Psychotherapy*, *15*(3), 242-259; Weiss, E. M., Morehouse, J., Yeager, T., & Berry, T. (2010). A qualitative study of ex-gay and ex-ex-gay experiences. *Journal of Gay & Lesbian Mental Health*, *14*(4), 291-319. https://doi.org/10.1080/19359705.2010.506412.

[90]     Beckstead et al., 2004; Bradshaw et al., 2015; Dehlin et al., 2014.

[91]     APA Report (2009); Yarhouse, M. A. (2019). *Sexual identity and faith*. The Templeton Foundation; Yarhouse, M. A., & Beckstead, L. (2011). Using group therapy to navigate and resolve sexual orientation and religious conflicts. *Counseling and Values*, *56*(1-2), 96-120. Advance online publication. https://doi.org/10.1002/j.2161-007X.2011.tb01034.x

75.     In 2020, Green and collaborators published a study of 34,000 13-to-25-year-old LGBT - identified individuals to assess their mental health. This study is unique in including adolescent participants. Individuals reported their current mental health concerns.[92] The researchers asked about their experiences of someone trying to change their sexual orientation and specifically, CT. The researchers controlled for a number of factors to isolate the impact of CT from other life events (e.g., discrimination, bullying), and compared those who had experienced CT with those who did not. Those who reported undergoing CT efforts were more than twice as likely to report having attempted suicide and having multiple suicide attempts. Those who reported exposure to CT had almost 2 times greater odds of seriously considering suicide, more than 2 times greater odds of having attempted suicide, and 2½ times greater odds of multiple suicide attempts in the previous year.

76.     Green and colleagues found that youth aged 13-25 who indicated that they had been exposed to CT also reported that in the past 12 months they had seriously considered suicide. The researchers reported that even after controlling for other events, CT was the strongest predictor of multiple suicide attempts.

77.     In Green's research (2020), more transgender young people underwent CT than cisgender youth, underscoring that gender diverse and transgender youth are at a higher risk of undergoing CT (even if labeled as attempts to change sexual orientation) and experience negative health effects.

---

[92]     Green, A. E., Price-Feeney, M., Dorison, S. H., & Pick, C. J. (2020). Self-reported conversion efforts and suicidality among US LGBTQ youths and young adults, 2018. *American Journal of Public Health*, *110*(8), 1221-1227. https://doi.org/10.2105/AJPH.2020.305701

78.     In 2020 Turban and collaborators[93] published an analysis of a cross-sectional survey of over 27,000 transgender adults. The study compared adults who recalled being sent to CT with those who did not. The study also asked if participants had been exposed to CT before age 10. The results indicated an association between lifetime and childhood exposure to CT and adverse mental health outcomes in adulthood, including severe psychological distress, lifetime suicidal ideation, and lifetime suicide attempts. The study found that experiencing GICE before age 10 was associated with adverse mental health outcomes compared with non-CT therapy.

79.     A 2021 study of approximately 1400 14- to 83-year-old transgender individuals from New Zealand exposed to gender identity change efforts found that those who stated that they had experienced GICE exposure were more likely to report psychological distress, nonsuicidal self-injury, suicidal ideation, and suicide attempt than those who did not report such experiences.[94]

80.     A 2020 study of over 1,500 individuals from a nationally representative sample of LBG adults,[95] which controlled for adverse childhood events often linked to mental health issues, found a significantly higher incidence of suicidal ideation and attempts in those who

[93]     Turban JL, Beckwith N, Reisner SL, Keuroghlian AS. Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults. *JAMA Psychiatry.* 2020;77(1):68–76. doi:10.1001/jamapsychiatry.2019.2285

[94]     Veale, J. F., Tan, K. K. H., & Byrne, J. L. (2021). Gender Identity Change Efforts Faced by Trans and Non-binary People in New Zealand: Associations with Demographics, Family Rejection, Internalized Transphobia, and Mental Health. *Psychology of Sexual Orientation and Gender Diversity.* Advance online publication. http://dx.doi.org/10.1037/sgd0000537

[95]     Blosnich, J. R., Henderson, E. R., Coulter, R. W. S., Goldbach, J. T., & Meyer, I. H. (2020). Sexual orientation change efforts, adverse childhood experiences, and suicide ideation and attempt among sexual minority adults, United States, 2016-2018. *American Journal of Public Health*, *110*(7), 1024-1030. https://doi.org/10.2105/AJPH.2020.305637

reported SOCE. Specifically, those who had participated in SOCE was associated with twice the odds of lifetime suicidal ideation, 75% increased odds of planning to attempt suicide, and 67% increased odds of suicide attempt resulting in moderate injury. [96] Another similar study reported that the study participants identified both negative mental and physical health effects. The negative mental health effects include suicide attempts and ideation, depression, isolation, and illicit drug use.[97]

81.     In 2020 Higbee and collaborators published a quantitative analysis of a sample survey of adults who live in the southern United States. The study assessed various topics and included two questions on SOCE that explore the experiences of adults who report CT as minors. The first question inquired if subjects had experienced SOCE as an adolescent. Respondents who experienced conversion therapy as an adolescent have a significantly higher probability of experiencing a serious mental illness later in life. Additionally, those experiencing SOCE reported less religious observance later in life and lower educational attainment.[98]

---

[96]     Recent claims by Sullins, D.P.. (2022) Absence of Behavioral Harm Following Non-efficacious Sexual Orientation Change Efforts: A Retrospective Study of United States Sexual Minority Adults, 2016–2018, Frontiers of Psychology, doi: 10.3389/fpsyg.2022.823647 and Sexual Orientation Change Efforts Do Not Increase Suicide: Correcting a False Research Narrative, Archives of Sexual Behavior, 51:3377–3393 https://doi.org/10.1007/s10508-022-02408-2 critique Blosnich et al.and others, but this study has scientific limitations so that its claims of "no harms" from CT are not scientifically adequate.

[97]     Salway, T., Ferlatte, O., Gesink, D., & Lachowsky, N. J. (2020). Prevalence of exposure to sexual orientation change efforts and associated sociodemographic characteristics and psychosocial health outcomes among Canadian sexual minority men. *Canadian Journal of Psychiatry*, *65*(7), 502-509. https://doi.org/10.1177/0706743720902629

[98]     Higbee, M., Wright, E. R., & Roemerman, R. M. (2020). Conversion therapy in the southern United States: Prevalence and experiences of the survivors. *Journal of Homosexuality*. Advance online publication. https://doi.org/10.1080/00918369.2020.1840213

82.     In 2020 researchers published an analysis of data from a cross-sectional survey of Canadian LGBT men. Researchers evaluated CT exposure among over 8,300 LGBT men from an earlier survey. In a group that had received CT, the study found higher rates of mental health and physical health problems.[99]

83.     The psychological underpinnings of the negative mental health impacts of CT were explored in a qualitative study of Canadian adults who report having undergone voluntary efforts. Participants report a variety of sexual orientations and gender identities, but all had undergone voluntary CT efforts. Participants reported shame, confusion, brokenness, self-blame, regret, isolation, poor mental health, and suicidality as a result of their experiences.[100] Participants in this study also reported suicidality and long-lasting mental health issues (e.g., depression, anxiety).

84.     The overwhelming research indicates that CT provides no benefits in minors and has the potential to harm, even years later. Across a wide array of methodological designs, each with strengths and weakness, when taken together, the evidence is strong that SOGI change efforts are harmful to the health of sexual and gender minority people, including children and adolescents. Providing an intervention with no benefits and that has not been

---

[99]     Salway, T., Ferlatte, O., Gesink, D., & Lachowsky, N. J. (2020). Prevalence of exposure to sexual orientation change efforts and associated sociodemographic characteristics and psychosocial health outcomes among Canadian sexual minority men. *Canadian Journal of Psychiatry*, *65*(7), 502-509. https://doi.org/10.1177/0706743720902629

[100]     Goodyear, T., Kinitz, D.J., Dromer, E., Gesink, D., Ferlatte, O., Knight R. & Salway, T. (2021): "They Want You to Kill Your Inner Queer but Somehow Leave the Human Alive": Delineating the Impacts of Sexual Orientation and Gender Identity and Expression Change Efforts, *The Journal of Sex Research*, DOI: 10.1080/00224499.2021.1910616.

shown to be effective is extremely questionable. As the risk of harm exists, it further discredits such interventions. There is no justification for CT.

## VI. Specific Concerns Regarding Care for Gender Identity

85.     Gender identity diversity is not a mental disorder. In 2013, due to new research recognizing that gender is nonbinary and that variations in gender identity are normal, gender identity disorder was removed from the Diagnostic and Statistical Manual of the American Psychiatric Association.[101] Rather, care focuses on developmentally appropriate treatment goals for alleviating distress related to gender identity and any other concerns. There is an extensive literature of evidence-based articles delineating interventions that have been found to be beneficial.[102] These interventions do not focus on changing gender diversity,

---

[101]     American Psychiatric Association. (2013). Gender Dysphoria. In Diagnostic and Statistical Manual of Mental Disorders (Fifth Edition ed.). Washington, DC: American Psychiatric Publishing Inc. American Psychiatric Publishing. (2013). Gender Dysphoria. Retrieved March 13, 2014, from American Psychiatric Publishing: http://www.dsm5.org/documents/gender%20dysphoria%20fact%20sheet.pdf. American Psychiatric Association (nd.). Gender Dysphoria. https://www.psychiatry.org/psychiatrists/cultural-competency/education/transgender-and-gender-nonconforming-patients/gender-dysphoria-diagnosis.

[102]     Chen  and Edwards-Lepper; Turban, JL & Ehrensaft, D.. (2018). Research Review: Gender identity in youth: treatment paradigms and controversies. Journal of Child Psychology and Psychiatry, 59(12), pp 1228–1243; Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. Pediatrics. 2012;129:418-425;Chen, D., Edwards-Leeper, L., Stancin, T. & Tishelman, A.C. (2018). Advancing the practice of pediatric psychology with transgender youth: State of the science, ongoing controversies, and future directions. Clinical Practice in Pediatric Psychology 6 (1), 73-83; Chen D, Hidalgo MA, Leibowitz S, Leininger J, Simons L, Finlayson C, et al. (2016). Multidisciplinary care for gender-diverse youth: A narrative review and unique model of gender-affirming care. Transgender Health. 1(1):117-23; de Vries, A.L.C. McGuire, J.K.; Steensma, T.D.; Wagenaar, EE.V.F.; Doreleijers, T.A .H. & Cohen-Kettenis, P.T. (2014). *Pediatrics,* 134(4), 696-704;  Edwards-Leeper, L., Leibowitz, S., & Sangganjanavanich, V. F. (2016). Affirmative practice with transgender and gender nonconforming youth: Expanding the model. Psychology of Sexual Orientation and Gender Diversity, 3(2), 165. See also, Guidelines of American Academy of Pediatrics, American Psychological Association, American Academy of Child and Adolescent Psychiatry, Endocrine Society, World Professional Association for Transgender Health. Spivey, L. A., & Edwards-Leeper, L. (2019). Future directions in affirmative psychological interventions with transgender children and adolescents. *Journal of Clinical Child & Adolescent Psychology*, *48*, 343–356. https://doi.org/10.10 80/15374416.2018.1534207. Bloom, T. M., Nguyen, T. P., Lami, F., Pace, C. C., Poulakis, Z., Telfer, M., Taylor, A., Pang, K. C., & Tollit, M. A. (2021). Measurement tools for gender identity, gender expression, and gender dysphoria in transgender and gender-diverse children and adolescents: A systematic review. *The Lancet Child & Adolescent Health*. https://doi. org/10.1016/s2352-4642(21)00098-5.

rather the treatment goals are developmentally appropriate support and exploration of iden-

tity concerns without one particular outcome being prioritized except reduction of dis-

tress.[103] The standard of care has greatly evolved over the last decade and this section pro-

vides information regarding the current state of the science.[104]

86.     The material provided by the plaintiff includes incomplete and skewed information

about the current treatment for gender identity issues in children and adolescents.  As the

research in the prior section indicates, CT for gender identity has the potential for harm.

Studies of children and adolescents who received comprehensive care that may include

social or other transition care have reduced distress.[105]  Harm has not been identified for

---

[103]     Chen, D., Edwards-Leeper, L., Stancin, T. & Tishelman, A.C. (2018). Advancing the practice of pediatric psychology with transgender youth: State of the science, ongoing controversies, and future directions. Clinical Practice in Pediatric Psychology 6 (1), 73-83; Chen D, Hidalgo MA, Leibowitz S, Leininger J, Simons L, Finlayson C, et al. (2016). Multidisciplinary care for gender-diverse youth: A narrative review and unique model of gender-affirming care. Transgender Health. 1(1):117-23; de Vries, A.L.C. McGuire, J.K.; Steensma, T.D.; Wagenaar, EE.V.F.; Doreleijers, T.A .H. & Cohen-Kettenis, P.T. (2014). *Pediatrics*, 134(4), 696-704;  Edwards-Leeper, L., Leibowitz, S., & Sangganjanavanich, V. F. (2016). Affirmative practice with transgender and gender nonconforming youth: Expanding the model. Psychology of Sexual Orientation and Gender Diversity, 3(2), 165.Spencer, K. G., Berg, D. R., Bradford, N. J., Vencill, J. A., Tellawi, G., & Rider, G. N. (2021). The gender-affirmative life span approach: A developmental model for clinical work with transgender and gender-diverse children, adolescents, and adults. *Psychotherapy*, *58*(1), 37–49. https:// doi.org/10.1037/pst0000363. Rafferty, J., & Committee on Psychosocial Aspects of Child and Family Health. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*, *142*(4), e20182162. https:// doi.org/10.1542/peds.2018-2162.

[104]     Coleman, E. et al. (2022). The World Professional Association for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (8th ed.).

[105]     Allen, LR, Watson, LB, Egan, AM, Moser, CN. (2019). Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones, *Clinical Practice in Pediatric Psychology,* 7(3), 302-311; de Vries A. L. C., McGuire J. K., Steensma T. D., Wagenaar E. C. F., Doreleijers T. A. H., Cohen-Kettenis P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics, 134, 696-704; Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. Pediatrics. 2016;137:1-8. Turban JL. Transgender youth: the building evidence base for early social transition. J Am Acad Child Adolesc Psychiatry. 2017;56:101-102. Wong, W. I., van der Miesen, A. I. R., Li, T. G. F., MacMullin, L. N., & VanderLaan, D. P. (2019). Childhood social gender transition and psychosocial well-being: A comparison to cisgender gender variant children. *Clinical Practice in Pediatric Psychology*, *7*(3), 241–253. https:// doi.org/10.1037/cpp0000295

any of these gender-affirming treatment practices when consistent with a carefully designed treatment plan that is consistent with existing professional guidelines, and conducted by appropriately-trained interdisciplinary health professionals.[106]

87.    Gender identity change efforts have not been shown to alleviate or resolve gender dysphoria in adolescents and results in children are unproven.[107] There are uncertainties and ethical issues that remain in treatment of gender dysphoria in children and adolescents. There are important ethical issues in the provision of transition care and treatment for gender dysphoria. Providing CT is not even considered by these experts as it is outside ethical interventions.[108]

88.    There is a need for further research on care for gender diverse children and adolescents, but none of the expert articles call for research on CT. Rather health experts call for

---

[106]    American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist, 70*(9), 832–864; yne, W., Bradley, S. J., Coleman, E., Eyler, A. E., Green, R., Menvielle, E.J., Meyer-Bahlburg, H. F. L., Pleak, R. R., Tompkins, D. A., & American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. (2012). Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. *Archives of Sexual Behavior, 41*(4), 759–796. https://doi.org/10.1007/s10508-012- 9975-x. Coleman, E. et al. (2022). The World Professional Association for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (8th ed.). International Journal of Transgender Health http://dx.doi.org/10.1080/26895269.2022.2125695)

[107]    Coleman, E. et al. (2022). The World Professional Association for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (8th ed.). International Journal of Transgender Health http://dx.doi.org/10.1080/26895269.2022.2125695);  Substance Abuse and Mental Health Services Administration (2015). *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth*, HHS Publication No. (SMA) 15-4928 2015.Wagner, S., Panagiotakopoulos, L., Nash, R., Bradlyn, A., Getahun, D., Lash, T. L., Roblin, D., Silverberg, M. J., Tangpricha, V., Vupputuri, S., & Goodman, M. (2021). Progression of gender dysphoria in children and adolescents: A longitudinal study. *Pediatrics, 148*(1), e2020027722. https://doi.org/10.1542/peds.20

[108]    Kimberly, LL; McBride Folkers, K. Friesen, P, Sultan, D, Gwendolyn P. et al. (2018). Ethical Issues in Gender-Affirming Care for Youth. *Pediatrics,*142(6), e20181537

improved research on supportive interventions and nonclincial samples.[109] For example, a study published June, 2021 on the course of identity development in youth clarified some of the debates about the developmental course of gender identity.[110] Identity outcomes cannot be predicted and the research supports treatment that avoids imposing any identity goal (ethnic, religious, sexual orientation or gender) on the child or adolescent. This research supports interventions that increase family support, reduction of stigma, stress, and discrimination, and identity exploration in a developmentally-appropriate frame. This is the approach supported by the Law.

89.     The plaintiff misrepresents the extent of regret and retransition of children and youth who transition during childhood and then later have misgivings or retransition. [111] Studies in this area are limited, however, the studies mentioned by the plaintiff have low reliability, large drop-out rates, or are personal accounts that cannot be generalized to other

[109]     Olson, K. (2016). Prepubescent Transgender Children: What We Do and Do Not Know. Journal Of The American Academy Of Child & Adolescent Psychiatry, 55(3), 155 Gibson DJ, Glazier JJ, Olson KR. Evaluation of anxiety and depression in a community sample of transgender youth. *JAMA Network Open.* 2021;4(4):e214739-e214739. doi:10.1001/jamanetworkopen.2021.4739. Olson KR, Durwood L, Horton R, Gallagher NM, Devor A. Gender identity 5 years after social transition. *Pediatrics.* 2022; doi: 10.1542/peds.2021-056082.

[110]     Turban, JL & Keuroghlian, A.S. (2018). Dynamic Gender Presentations: Understanding Transition and "De-Transition" Among Transgender Youth. *Journal of the American Academy of Child & Adolescent Psychiatry*, 57(7), 451-453; Wagner, S. PanagiotakopoulosL, Nash, R., Bradlyn, A., Getahun, D, Lash, TL, Roblin, D, Silverberg, MJ,  Tangpricha, V. Vupputuri, S. and Goodman, M. Progression of Gender Dysphoria in Children and Adolescents: A Longitudinal Study. Pediatrics , e2020027722; DOI: https://doi.org/10.1542/peds.2020-027722. Olson, KR, Durwood L, Horton R, Gallagher NM, Devor A. Gender identity 5 years after social transition. *Pediatrics.* 2022; doi: 10.1542/peds.2021-056082. Van der Miesen, A., Steensma, T. D., de Vries, A., Bos, H., & Popma, A. (2020). Psychological functioning in trans-gender adolescents before and after gender-affirmative care compared with cisgender general population peers. *The Journal of Adolescent Health*, 66(6), 699–704. https://doi.org/10.1016/j.jadohealth.2019.12.018.L. E. Kuper, L. Wright & B. Mustanski (2018) Gender identity development among transgender and gender nonconforming emerging adults: An intersectional approach, International Journal of Transgenderism, 19:4, 436-455, DOI: 10.1080/15532739.2018.1443869

[111]     Temple Newhook, J., Pyne, J., Winters, K., Feder, S., Holmes, C., Tosh, J., Sinnott, M.-L., Jamieson, A., & Pickett, S. (2018). A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *International Journal of Transgenderism*, 19(2), 212–224. https://doi.org/10.1080/15532739.2018.1456390. Bauer, G. R., Lawson, M. L., & Metzger, D. L. (2022). Do clinical data from transgender adolescents support the phenomenon of "rapid-onset gender dysphoria"?. *The Journal of Pediatrics*, 243, 224–227. https://doi. org/10.1016/j.jpeds.2021.11.020.

individuals. The research from large samples that assess or follow large numbers of youth are more reliable. The research on treatment continuation and retransition are discussed below.

90.     Rates of retransition in children and adolescents is low. A current study examined the rate of retransition and current gender identities of 317 children and adolescents participating in a longitudinal study, the Trans Youth Project. The study found that retransitions are very infrequent. Five years after their initial social transition, 7.3% of youth had retransitioned at least once. At the end of this period, most youth identified as binary transgender youth (94%), including 1.3% who retransitioned to another identity before returning to their binary transgender identity. A total of 2.5% of youth identified as cisgender and 3.5% as nonbinary. Later cisgender identities were more common among youth whose initial social transition occurred before age 6 years; their retransitions often occurred before age 10 years and, as social transitions, were completely reversible.[112]

91.     Other research on identity retransition is from a large international clinic and found that the rate of adolescents who stop reversible puberty blockers is low.[113] A large cohort study of 7000 individuals treated over a decade showed, on average, very low levels of

---

[112]     Olson, K. R., Durwood, L., Horton, R., Gallagher, N. M., & Devor, A. (2022). Gender identity 5 years after social transition. *Pediatrics*. Advance Online Publication. https:// doi.org/10.1542/peds.2021-056082.

[113]     de Vries ALC. Challenges in Timing Puberty Suppression for Gender-Nonconforming Adolescents. Pediatrics. 2020;146(4):e2020010611  Brik T, Vrouenraets LJJJ, de Vries MC, Hannema SE. Trajectories of adolescents treated with gonadotropin- releasing hormone analogues for gender dysphoria. *Arch Sex Behav*. 2020;49(7):2611-2618. doi:10.1007/s10508- 020-01660-8

termination of treatment (less than 0.5%).[114] Finally, a recent study found that in 700 adolescents treated during their youth with puberty suppression hormones, 98% continued their treatment into adulthood illustrating that treatment discontinuation was rare.[115]

92.    There continues to be strong evidence that gender-affirming care has benefits and research studies of large samples find that hormonal and surgical interventions are effective in improving transgender people's gender dysphoria, mental health outcomes, and social well-being.[116] As with other behavioral health and medical care, research studies of treatment outcomes cannot predict with absolute certainty every person's response given the diversity of individual's gender identity trajectory and complex elements in their environment such as social support and discrimination that influence their identity goals.[117] There may be individuals whose gender identity evolves or they change identity goals. Some

---

[114]    Wiepjes, CM, Nota, NM, deBlok CJM, et al. (2018). The Amsterdam cohort of gender dysphoria study (1972–2015): Trends in prevalence, treatment, and regrets. *J Sex Med*. 15(4):582-590. doi:10.1016/j.jsxm.2018.01.016

[115]    van der Loos, MATC, Hannema, SE, Klink, DT, den Heijer, M, Wiepjes, CM. (2022). Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands,The Lancet :Child & Adolescent Health.https://doi.org/10.1016/S2352-4642(22)00254-1

[116]    See also FN 30. Bonifacio, JH, Maser, C, Stadelman, K, Palmert, M.  Management of gender dysphoria in adolescents in primary care.  *CMAJ*. 2019;191(3):E69-E75. doi:10.1503/cmaj.180672; Turban  JL, King  D, Kobe  J, Reisner  SL, Keuroghlian  AS.  Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults.  *PLoS One*. 2022;17(1):e0261039. doi:10.1371/journal.pone.0261039; Costa  R, Colizzi  M.  The effect of cross-sex hormonal treatment on gender dysphoria individuals 'mental health: a systematic review.  *Neuropsychiatr Dis Treat*. 2016;12:1953-1966. doi:10.2147/NDT.S95310;  Tomita  KK, Testa  RJ, Balsam  FK.  Gender-affirming medical interventions and mental health in transgender adults.  *Psychol Sex Orientat Gend Divers*. 2019;6(2):182-193.

[117]    MacKinnon, KR, Kia, H, Salway, T, et al. (2022). Health care experiences of patients discontinuing or reversing prior gender-affirming treatments. *JAMA Netw Open,* 5(7):e2224717. doi:10.1001/jamanetworko-pen.2022.24717; Turban JL, Carswell J, Keuroghlian AS. Understanding pediatric patients who discontinue gender-affirming hormonal interventions. *JAMA Pediatr* 2018; 172 903–4; Turban JL, Keuroghlian AS. Dynamic gender presentations: understanding transition and "de-transition" among transgender youth. *J Am Acad Child Adolesc Psychiatry* 2018.

individuals may have received substandard care.[118] Professional care continues to be advised to assist individuals who wish to reconsider or change treatment goals. The current WPATH Standard of Care outlines such interventions.[119] Careful evaluation, identity exploration, and examining familial and community influences can ensure that care is appropriate;[120] these interventions are permitted by the Law.

93.     CT that reinforces negative societal stereotypes and conveys inaccurate information increases depression, self-hatred, blame, and hopelessness.[121] Instead of then reducing the shame and negative stereotypes faced by these children and adolescents, as is a major goal of supportive interventions, CT interventions can undermine their self-esteem, identity acceptance and integration by telling them that their deeply-felt identity and ability to love are "wrong" and "bad."[122] Pre-pubescent children who are struggling with gender issues, being pressured to change their gender expression or to conform to gender stereotypes can

---

[118]     Littman, L. (2021). Individuals treated for gender dysphoria with medical and/or surgical transition who subsequently detransitioned: A survey of 100 detransitioners. *Archives of Sexual Behavior*, *50*(8), 3353–3369. https:// doi.org/10.1007/s10508-021-02163-w.

[119]     Vandenbussche, E. (2021). Detransition-related needs and support: A cross-sectional online survey. *Journal of Homosexuality*, *69*(9), 1602–1620. https://doi.org/10.1080 /00918369.2021.1919479. Coleman et al. (2022). World Professional Association for Transgender Health. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. https://link.springer.com/article/10.1007/s10508-021-02163-w

[120]     Leibowitz, S. (2022, July). The Evidence and Ethics Behind the WPATH Standards of Care for Trans Youth. Webinar presented for LGBTQ+ Center for Excellence.

[121]     American Psychological Association (2009); Nadal, K. L., Skolnik, A., & Wong, Y. (2012). Interpersonal and Systemic Microaggressions Toward Transgender People: Implications for Counseling. Journal of LGBT Issues in Counseling, 6, 5–82. Tishelman, A., & Neumann-Mascis, A. (2018). Gender-related trauma. In The gender affirmative model: An interdisciplinary approach to supporting transgender and gender expansive children (pp. 85–100). American Psychological Association.

[122]     Ryan, C., Toomey, R., Diaz, R.. & Russell, S. T. (2018). Parent-initiated sexual orientation change efforts with LGBT adolescents:  Implications for young adult mental health and adjustment, Journal of Homosexuality DOI: 10.1080/00918369.2018.1538407; Ryan, C., Huebner, D., Diaz, R. M., & Sanchez, J. (2009).Family rejection as a predictor of negative health outcomes in white and Latino lesbian, gay and bisexual young adults. Pediatrics, 123(1), 346-352. See also American Association of Pediatrics, 1993.

worsen their distress because it undermines their sense of self and creates deep-seated shame.[123]

94.    CT poses an additional significant risk of harm because it delays access to or does not provide children and adolescents with the benefits of scientifically-based psychotherapy to support their mental health. Given that this population can face life-threatening mental health distress, including suicidal ideation, delay of appropriate interventions can be life-threatening.[124]

95.    CT can encourage parents to interact with their children in damaging ways through encouraging rejecting and unsupportive interactions, which can lead to children feeling even more rejected by their family and even more alone.[125] CT fails at the therapeutic goal of assisting families in providing a supportive environment for children and reducing behaviors that can harm children.[126] To the contrary, CT teaches parents to invalidate a child's

---

[123]    Rosenberg, M., & Jellinek, M. S. (2002). Children with gender identity issues and their parents in individual and group treatment. *Journal of the American Academy of Child and Adolescent Psychiatry*. 41, 619–21.

[124]    Becerra-Culqui TA, Liu Y, Nash R, et al. Mental Health of Transgender and Gender Nonconforming Youth Compared With Their Peers. *Pediatrics*. 2018;141(5):e20173845; Raifman J, Charlton BM, Arrington-Sanders R, et al. (2020). Sexual Orientation and Suicide Attempt Disparities Among US Adolescents: 2009–2017. *Pediatrics*, 145(3):e20191658

[125]    Ryan, C., Toomey, R. B., Diaz, R. M., & Russell, S. T. (2018). Parent-initiated sexual orientation change efforts with LGBT adolescents: Implications for young adult mental health and adjustment. *Journal of Homosexuality, 67*(2), 159-173. https://doi.org/; Ryan, C. (2020). Family rejection is a health hazard for LGBTQ children and youth. *Journal of the American Academy of Child & Adolescent Psychiatry*, *59*(10), S336. https://doi.org/10.1016/j.jaac.2020.07.817

[126]    Pullen Sansfaçon, A., Kirichenko, V., Holmes, C., Feder, S., Lawson, M. L., Ghosh, S., Ducharme, J., Temple Newhook, J., Suerich-Gulick, F. (2019). Parents/guardians' journeys to acceptance and support of gender-diverse and trans children and youth. *Journal of Family Issues*, *41*(8), 1214– 1236. https://doi.org/10.1177/0192513X19888779.

deeply felt feelings about who they are, which leads to dangerous behaviors, such as suicidal ideation and suicide attempts.[127]

96.     Other attempted justifications for CT include the misrepresentation of positive values in therapy such as "self-determination" or "informed consent," by ignoring the well-established ethical limits on these values. Informed consent requires that the client be provided accurate information on the condition and potential benefits and harms of intervention. Informed consent also requires a clear understanding of benefits and harms of any intervention. A treatment that poses a significant risk of harm without benefits fails to meet minimal standards of informed consent because a treatment can be offered only if it provides benefits.

97.     A potential patient must be provided with accurate information. As CT rests upon false, unscientific, and discredited information, it cannot be provided under such standards. Such inaccurate information includes that sexual and gender diversity are disorders or symptoms of a disorder, that homosexuality or gender diversity does not exist, or that LGBTQ people's lives are unhappy and unfulfilling.

98.     Psychotherapy is not a consumer service where any treatment can be offered upon request. Licensed mental health providers are held to high standards of evidence-based care that benefits the patient without doing harm. While any competent, ethical therapist re-

---

[127]     Pariseau, EM, Chevalier, L,  Long, Kristin A.Clapham, Rebekah; Edwards-Leeper, L, Tishelman, AC. (2019). The Relationship Between Family Acceptance-Rejection and Transgender Youth Psychosocial Functioning. Clinical Practice in Pediatric Psychology 7(3), 267-277. Olson KR, Durwood L, DeMeules M, et al. Mental Health of Transgender Children Who Are Supported in Their Identities. *Pediatrics.* 2016;137(3):e20153223; Ryan, C., Russell, S.T., Huebner, D. ,Diaz, R., Sanchez, J. (2010). Family acceptance in adolescenc and the health of LGBT young adults. *Journal of Child and Adolescent Psychiatric Nursing,* 23(4), 205–213.

spects a client's right to self-determination and offers intervention options, therapists cannot offer a "consumer choice" model of treatments because therapists are bound by medical and ethical guidelines to consider the efficacy of treatment and potential for harm. Ethically, therapists do not apply treatments that pose a significant risk of harm even if requested.[128] For example, when a patient requests treatment with a predetermined outcome (improved self-esteem, smoking cessation, trauma recovery), it is expected that a licensed mental or physical health care provider will rely on empirically validated methods that are both effective and safe. CT does not meet these standards. Ethically, psychologists are bound to respect and protect civil and human rights, and ensure that their treatments provide benefit, as well as avoid the risk of harm.[129]

99.     Assessment of factors influencing decisions to enter treatment are complex when parents request treatment for their child. Licensed mental health providers must access the factors carefully. Informed consent can be provided only when the therapy is voluntary and pursued without undue influence, such that the client should ultimately be able to *refuse* or accept treatment.[130]

100.     Some children and youth are vulnerable in terms of their relationship with their parents. They are brought in by their parents and if their parents wish them to change, children and youth will trust their parents' judgment. Many children and youth may face

---

[128]     American Psychiatric Association (2013). Board of Trustees and Assembly, *Position Statement on Issues Related to Homosexuality.*
[129]     American Psychological Association (2016). Ethical Principles of Psychologists and Code of Conduct. Retrieved from: https://www.apa.org/ethics/code/index.aspx.
[130]     Koocher, G. P. & Keith-Spiegel, P. C. (1990). Children, Ethics, and the Law: Professional Issues and Cases. Lincoln, Nebraska: University of Nebraska Press.

tremendous negative impacts if they are LGBTQ. These factors must be considered by the licensed mental health provider.

101.    The impact of family rejection or disapproval should be considered. Rejection by family can have serious safety, financial, and other impacts. Some research[131] indicates higher rates of CT in families where religious messages toward LGBTQ lives were negative. Such children and youth may fear rejection by family, peers, and faith; these influences are reported as strong factors in participation in CT.[132] The consequences of being LGBTQ may mean the loss of everything they know, loss of a relationship with the divine, and more intensive residential treatments. These factors will affect a child or adolescent's ability to assent to treatment and make it more likely they would assent to parents' wishes.

## VII  Ethical Perspectives

102.    The standard of care for this children and adolescents and their families experiencing concerns regarding sexual orientation and gender identity is highly individualized and stresses acceptance of the child as a whole person.[133]  This requires a careful assessment

---

[131]    Greene et al (2020) and Higbee et al. (2020)

[132]    See Maccio, E. M. (2010). Influence of family, religion, and social conformity on client participation in sexual reorientation therapy. *Journal of Homosexuality*, *57*(3), 441-458. https://doi.org/10.1080/00918360903543196

[133]    Substance Abuse and Mental Health Services Administration (2015). *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth*, HHS Publication No. (SMA) 15-4928 Multiple guidelines and statements exist, but key guidelines include (with hyperlinks): American Academy of Pediatrics – Supporting & Caring for Transgender Children; American Psychiatric Association - A Guide for Working with Transgender and Gender Non-conforming Patients; American Psychological Association – Guidelines for Psychological Practice with Transgender and Gender Nonconforming People; Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline; The World Professional Association for Transgender Health (WPATH) - Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People. Olezeski, C. L., Pariseau, E. M., Bamatter, W. P., & Tishelman, A. C. (2020,). Assessing gender in young children: Constructs and considerations. *Psychology of Sexual Orientation and Gender Diversity*, 7(3), 293–303. https://doi.org/10.1037/sgd0000381.

of the child and their concerns, including identifying if there is distress and its origins, the gender identity or sexual orientation issues, the child's cognitive and emotional capacities in a developmental framework, and any mental health concerns.[134] These interventions are permitted by the Law and consistent with professional guidelines.[135]

103.     In recent decades, scholars and ethicists have proposed criteria for identifying potentially harmful behavioral health treatments even when evidence is limited. Potentially harmful treatments are defined as treatments that  include one or more of the following: (a) Cause psychological or physical harm to the client or others; (b) Result in harmful effects that are long-lasting; (c) Have had an independent research team find and replicate the

---

[134]     Chen, D., Edwards-Leeper, L., Stancin, T. & Tishelman, A.C. (2018). Advancing the practice of pediatric psychology with transgender youth: State of the science, ongoing controversies, and future directions. *Clinical Practice in Pediatric Psychology 6* (1), 73-83; Edwards-Leeper, L., Leibowitz, S., Sangganjanavanich, V.F. (2016). Affirmative practice with transgender and gender non-conforming youth: Expanding the model. *Psychology of Sexual Orientation and Gender Diversity 3* (2), 165-172; Tishelman, A.C., Kaufman, R., Edwards-Leeper, L., Mandel, F.H., Shumer, D.E. & Spack, N.P. (2015). Serving transgender youth: Clinical practices, challenges, and dilemmas. *Professional Psychology: Research and Practice, 46* (1), 35-56. Bloom, T. M., Nguyen, T. P., Lami, F., Pace, C. C., Poulakis, Z., Telfer, M., Taylor, A., Pang, K. C., & Tollit, M. A. (2021). Measurement tools for gender identity, gender expression, and gender dysphoria in transgender and gender-diverse children and adolescents: A systematic review. *The Lancet Child & Adolescent Health.* https://doi. org/10.1016/s2352-4642(21)00098-5.

[135]     Multiple guidelines and statements exist, but key guidelines include (with hyperlinks): American Academy of Pediatrics – Supporting & Caring for Transgender Children; American Psychiatric Association - A Guide for Working with Transgender and Gender Non-conforming Patients; American Psychological Association – Guidelines for Psychological Practice with Transgender and Gender Nonconforming People; Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline; The World Professional Association for Transgender Health (WPATH) - Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People.

harmful effects.[136] This is the case with CT. Ineffective treatments—those that do not improve the health or well-being of the individual receiving treatment—may also be considered harmful in so far that they deprive an individual of needed care.[137]

104.     Self-determination for children and adolescents is maximized by providing effective and safe treatment that increases a patient's ability to cope, understand, acknowledge, explore, and integrate sexual orientation and gender identity into a self-chosen life in which a patient determines the ultimate manner, definition, and expression of these aspects of self.  Scientific research supports the position that patients perceive a benefit when offered approaches that support, accept, and recognize important values, including religious/spiritual concerns without imposing a particular outcome on the patient.[138] Such studies show that participants perceived efforts to be most helpful when they worked with a counselor to clarify their own values and goals without having a pre-set goal of sexual orientation or gender identity outcomes.[139]

---

[136]     Dimidjian S, Hollon SD. How would we know if psychotherapy were harmful? *Am Psychol*. 2010;65(1):21-33. doi:10.1037/a0017299; Mercer J. Evidence of potentially harmful psychological treatments for children and adolescents. *Child Adolesc Social Work J*. 2017;34(2):107-125. doi:10.1007/s10560-016-0480-2

[137] Whitney BM. (2021). Ethical considerations for the study of potentially harmful or ineffective treatments. *Professional Psychology: Research and Practice* 2021;52(1):12-20. https://doi.org/10.1037/pro0000341; Mercer J. Evidence of potentially harmful psychological treatments for children and adolescents. *Child Adolesc Social Work J*. 2017;34(2):107-125. doi:10.1007/s10560-016-0480-2

[138]     Bradshaw et al., 2015.

[139]     Ibid.

105.    Religious faith is not a justification for a harmful and ineffective treatment such as CT. There are a variety of treatment options for this population that provide realistic alternatives for the patient to find ways to lead a productive and valued life.[140] These include interventions for those from conservative faith traditions who are distressed by their sexual orientation and gender identity and who are unsure about the ultimate outcome of their desired identity. [141]

---

[140]    Glassgold, J. M. (2008). Bridging the Divide: Integrating Lesbian Identity and Orthodox Judaism. *Women & Therapy, 31*(1), 59-72. Haldeman, D. (2004). When sexual and religious orientation collide: Considerations for psychotherapy with conflicted gay men. *The Counseling Psychologist, 32*(5), 691-715. https://doi.org/10.1177/0011000004267560; Jaspal, R., & Cinnirella, M. (2010). Coping with potentially incompatible identities: Accounts of religious, ethnic, and sexual identities from British Pakistani men who identify as Muslim and gay. *British Journal of Social Psychology, 49*(4), 849-870. https://doi.org/10.1348/014466609X485025; Lassiter, J. M. (2014). Extracting dirt from water: A strengths-based approach to religion for African American same-gender-loving men. *Journal of Religion and Health, 53*(1), 178-189. https://doi.org/10.1007/s10943-012-9668-8; Levy, D. L., & Reeves, P. (2011). Resolving identity conflict: Gay, lesbian, and queer individuals with a Christian upbringing. *Journal of Gay & Lesbian Social Services, 23*(1), 53-68. https://doi.org/10.1080/10538720.2010.530193; Pitt, R. N. (2010). "Killing the messenger": Religious Black gay men's neutralization of anti-gay religious messages. *Journal for the Scientific Study of Religion, 49*(1), 56-72. https://doi.org/10.1111/j.1468-5906.2009.01492.x; Rosenkrantz, D. E., Rostosky, S. S., Riggle, E. D. B., & Cook, J. R. (2016). The positive aspects of intersecting religious/spiritual and LGBTQ identities. *Spirituality in Clinical Practice, 3*(2), 127–138. https://doi.org/10.1037/scp0000095.

[141]    These options are outlined in a variety of sources, including Ritter, K. Y., & O'Neill, C. W. (1989). Moving through loss: The spiritual journey of gay men and lesbian women. *Journal of Counseling & Development, 68*, 9-14; APA, 2009, pp. 54-64; Ream, G.L. & Savin-Williams, R.C. (2006). Religious development in Adolescence, In Adams & Berzonsky (Eds.). *Blackwell Handbook of Adolescence*. NY: Wiley. Throckmorton, W. & Yarhouse, M. A. (2006). *Sexual identity therapy: Practice guidelines for managing sexual identity conflicts*. Unpublished paper. Retrieved August 21, 2008, from http://vthrockmorton.com/wp-content/ uploads/2007/04/sexualidentitytherapyframeworkfinal.pdf; Yarhouse, M. A. (2008). Narrative sexual identity therapy. *American Journal of Family Therapy, 39*, 196-210. Yarhouse, M. A., & Tan, E. S. N. (2005). Addressing religious conflicts in adolescents who experience sexual identity confusion. *Professional Psychology: Research and Practice, 6*, 530-536; Yarhouse, M. A. (2019). *Sexual identity and faith*. The Templeton Foundation; Yarhouse, M. A., & Beckstead, L. (2011). Using group therapy to navigate and resolve sexual orientation and religious conflicts. *Counseling and Values, 56*(1-2), 96-120. Advance online publication. https://doi.org/10.1002/j.2161-007X.2011.tb01034.x. Yarhouse, M.A. & Sadusky, J. (2017). Gender dysphoria in clinical practice. FOCUS, 37 1, 24.

106.    Families benefit from interventions that help them support and understand their children, especially LGBT and those questioning their identities. Interventions that increase support and caring appear to increase a child's positive mental health outcomes. Interventions can also support families in their own process of addressing these issues.[142]

107.    Decades of studies, including recent randomly-controlled evaluations of therapy, indicate that patients benefited from therapies that provide accurate information about sexual orientation and gender identity. Approaches that reduce the stigma, fear, and shame surrounding sexual orientation and gender diversity are effective at reducing mental health symptoms.[143]   These treatments are based on a significant body of research that indicate that anti-LGBT stigma, and the stress of anti-LGBT prejudice and discrimination (often termed "minority stress") can trigger chronic feelings of shame and/or guilt.  Past and current exposure to negative social stereotypes; rejection or lack of support in family relationships, and discrimination at school, community organizations and work can trigger mental health symptoms and unhealthy coping behaviors.

---

[142]    Ryan, C., Sampson, M., Fullenkamp, J., & Peterson, J. (2018, January). *Integrating the Family Acceptance Project's family support model into family group decision-making to increase family support for LGBTQ children and youth to prevent placement in foster care* [Paper presentation]. Twenty-Second Annual Meeting of the Society for Social Work and Research, Washington, DC, United States. Thornburgh C, Kidd KM, Burnett JD, et al. Community-Informed Peer Support for Parents of Gender-Diverse Youth. Pediatrics. 2020;146(4): e20200571.Pullen Sansfaçon, A., Kirichenko, V., Holmes, C., Feder, S., Lawson, M. L., Ghosh, S., Ducharme, J., Temple Newhook, J., Suerich-Gulick, F. (2019). Parents/guardians' journeys to acceptance and support of gender-diverse and trans children and youth. *Journal of Family Issues*, *41*(8), 1214– 1236. https://doi.org/10.1177/0192513X19888779.

[143]    See for example, Pachankis, J.E., Hatzenbuehler, M. L., Rendina, H. J., Safren, S. A., & Parsons, J. T. (2015) Pachankis J.E., Hatzenbuehler M.L., Rendina H.J., Safren S.A., Parsons J.T.: LGB-affirmative cognitive-behavioral therapy for young adult gay and bisexual men: A randomized controlled trial of a transdiagnostic minority stress approach. Journal of Consulting & Clinical Psychology, 83(5), 875-89; Hatzenbuehler ML, Phelan JC, Link BG. Stigma as a fundamental cause of population health inequalities. *American Journal of Public Health.* 2013;103(5):813–821.White Hughto, JM, Reisner, SL & Pachankis, JE. (2015). Transgender Stigma and Health: A Critical Review of Stigma Determinants, Mechanisms, and Interventions. *Social Science and Medicine*, 147,222–231. doi:10.1016/j.socscimed.2015.11.010

108.    These approaches have been rigorously evaluated and have been found to be effective, some under randomly-controlled design methods. Such approaches have been empirically validated in the reduction of the depression, anxiety and suicidal ideation that harm those who are LGBTQ or are conflicted.[144]  These approaches are not simply accepting of an individual's distress or identities, but seek to change their cognitions and self-appraisals that lead to depression, anxiety, and suicidality. Therapies can similarly help families understand their child's conflicts and concerns and provide tools to communicate about these challenging issues without damage to the child's mental health.  A child's distress can be reduced even when parents do not approve or accept their child's sexual orientation or gender diversity.[145] These approaches can be provided to minors under the Law.

### IV.    Conclusion

109.    CT poses significant risks to health and well-being of minors, including individual, family and group treatments and efforts that are verbal or behavioral. There is no research basis for claims that CT can change sexual orientation or gender identity in children and youth.

110.    This Law protects children and adolescents from ineffective and harmful practices while allowing mental health providers to deliver treatments that are safe and effective. The Law is tailored to the best existing scientific studies, professional guidelines and statements of the leading medical and mental health associations and the goal of protecting the

---

[144]    Burton, C.L., Wong, K., Pachankis, & Pachankis, J. (2017).

[145]    Ryan, C., et al., (2010); Substance Abuse and Mental Health Services Administration (2015). *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth*, HHS Publication No. (SMA) 15-4928

health and safety of minors. It fits with the existing evidence and is specific to the existing health risks of all forms of CT delivered by a licensed professional.

111.    The major mental health professional organizations stand uniformly opposed to CT and instead recommend scientifically-based approaches that address the stigma surrounding same-sex orientation and gender diversity and emphasize acceptance, support, and recognition of important values, including religious/spiritual values.  Alternatives that provide benefits without the risk of harm are available for all populations that are distressed. These alternatives are supported by the Law.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed this October 28, 2022.

*/s/ Judith M. Glassgold*

**Judith M. Glassgold, Psy.D**