# JUDITH M. GLASSGOLD, PSYD

4 Wertsville Road
Hillsborough, NJ

drjudith.glassgold@gmail.com                                         908-432-5540

## PROFESSIONAL EXPERIENCE

### *ACADEMIC*

**Rutgers University, The State University of New Jersey**
*Graduate School of Applied and Professional Psychology,* Piscataway, NJ 08854

Applied Psychology, Part-time Lecturer                           09/2018-present
   Teach graduate level course: Mental Health and Substance use Policies in the US
Clinical Supervisor, GSAPP Clinic                                09/2018-2021
Department of Clinical Psychology (PsyD)
       Visiting faculty                                          09/2007-2009
       Adjunct faculty, supervisor                               09/1991-2007
           Teach graduate courses in diversity, gender, sexual orientation and community psychology

*Faculty of Arts and Sciences*
       Department of Psychology                                  09/1989-06/1990
       Women's Studies (now Gender Studies)                      01/1986-06/1988
           Taught Psychology of Women, Systems of Psychotherapy, Introduction to Women's Studies

**Princeton University, Princeton, NJ**
*School of Public and International Policy, Center for Health and Wellbeing*

       *Department Guest*                                        07/2017 - 06/2018
       *Visiting Research Scholar*                               09/2016 - 06/2017
       Conduct research and scholarly activity related to mental health and substance use policies, LGBT health
           and civil rights policies
       *Visiting Lecturer*                                       01/2017-06/2017
       Teach graduate level course: Mental Health and Substance Use Policies in the US

### *CLINICAL PSYCHOLOGY/HEALTH CARE*
   New Jersey State License in Psychology,  # 35SI0028710 1991-present
   New York State License in Psychology  # 010469, 1991 (inactive)

- ***Independent Practice***,   Highland Park, NJ                1991-2009
       Clinical Psychology: psychotherapy child & adult, assessment
- ***Supervising Psychologist,*** Hunterdon Medical Center, Flemington, NJ   1991-1993
Supervision, psychotherapy, forensic & clinical assessments
- ***Consulting Psychologist***, *Institute for Evaluation and Planning,* Freehold, NJ   1990-1991
Psychotherapy, assessments for adolescents, supervision of treatment in residential care
- ***Clinician III,*** Community Mental Health Center, Rutgers University Behavioral   1987-1989
   Health Care, Piscataway, NJ

### *MENTAL HEALTH AND PUBLIC POLICY*
*Independent Consultant, LGBTQ Policy*                           2014-present

1

Advise nonprofit groups and state and local governments on public policies related to LGBTQ mental health, especially efforts to end conversion therapy at national, state, and local levels, including legislative proposals, testimony, briefings. Most recent clients include Attorney General Washington State and City of Tampa, Florida.

*Leed Management and Consulting, Inc.*                              06/2021-present
Lead Subject Matter Expert on Report Revision on LGBTQ+ Mental Health for Substance Abuse and Mental Health Services Administration (SAMHSA) Office of Policy, Planning and Innovation (LHSS), Department of Health and Human Services.

*New Jersey Psychological Association*
*Director of Professional Affairs*                              06/2017 - 02/2020
West Orange, NJ
- Major accomplishments: Increase access to psychologists in NJ Medicaid program, revise and amend psychology and ABA licensing acts, implemented training on telehealth, education on "Duty to Warn" changes.
- Advise and consult with members and Executive Board on clinical, ethical, health programs, insurance, legal, and regulatory affairs relevant to professional practice (Medicare, Medicaid, TRICARE, private insurance), legal and regulatory issues.
- Provide regulatory comments and legislation relevant to state and federal initiatives.

*Project Lead (Consultant), Cabezon Group, Rockville, MD*         *04/2017-09/2017*
Substance Abuse and Mental Health Services Administration

- Developed continuing education project on LGBT psychotherapy curriculum. Develop, coordinate multiple writers, edit and write. Logistical Support Services for Substance Abuse and Mental Health Services Administration: Office of Policy, Planning and Innovation (LHSS), U.S. Department of Health and Human Services.

*Associate Executive Director, Government Relations*             *08/2013 - 08/2016*
*Director, Congressional Fellowship Program*
*Public Interest Directorate*
*American Psychological Association, Washington, DC*
- Advocate for innovative evidence-based approaches that apply psychology to improve human health, welfare, mental and physical health: aging, children, youth and families, civil rights, ethnic minority concerns, health disparities, healthcare access reform, HIV/AIDS, individuals with disabilities, Lesbian, Gay, Bisexual and Transgender issues, poverty and women's issues. Analyze legislation and regulations across entire portfolio, including mental and behavioral health and health disparities across federal agencies; appropriations and budget policies.
- Direct team of professional government relations, scientific staff, and graduate interns to achieve advocacy goals and manage budget of close to $1 million.

*Specialist in Health Policy (GS-15)*                              *5/2012-8/2013*
*Congressional Research Service, Library of Congress, Washington, DC*
- Provide objective, expert health policy analysis and consultation to Congressional Committees, Members, and staff. Areas of specialization included Department of Health and Human Services, including the Affordable Care Act, care delivery, mental and behavioral health, health disparities and LGBT health, chronic health, aging, medical ethics, pharmaceutical product, and regulations.
- Prepare objective, non-partisan analytical written products, reports and confidential memoranda on health policy issues of national or international significance.
- Provide in-person briefings, personal assistance as an expert on public policy issues to Members of Congress and staff throughout the legislative process.

*Senior Policy Advisor, Health and Domestic Social Policy*        *8/2010-5/2012*
*Office of Representative Sander Levin, (MI-12) US House of Representatives*
Policy initiatives related to personal office and Committee on Ways and Means (Chair 2010,       Ranking

2

Member 2011-2012). Legislative analysis and policy development related to health care and domestic social policies, including the implementation of the Affordable Care Act, Medicare, Medicaid, Social Security, Unemployment, TANF, public health, health appropriations, mental health, women's and children's health.

*Congressional Fellow, American Psychological Association and*             9/2009-8/2010
*American Association for the Advancement of Science*
Office of Representative Xavier Becerra (CA-31), US House of Representatives.
Performed duties of Health legislative aide and responsibilities included analyzing, writing, legislation and policy proposals, including Affordable Care Act (110th HR 3200 and HR 3590.

## *EDUCATION*

**PsyD Clinical Psychology**
Graduate School of Applied and Professional Psychology                                             1989
Rutgers University, The State University of New Jersey, New Brunswick, NJ

Internship in Clinical/Community Psychology                                                                 1986-87
Department of Psychiatry, Robert Wood Johnson Medical School, Piscataway, NJ

BA - Cum Laude in Government                                                                                        1979
Harvard-Radcliffe College, Cambridge, MA

## *ASSOCIATION AND NON-PROFIT LEADERSHIP*

### *American Psychological Association*
- Chair, Task Force on the Appropriate Therapeutic Responses to Sexual Orientation 2007-2009
- President (08/2003-08/2004), Society for the Psychological Study of Lesbian, Gay, and Bisexual Issues. Member of the Executive Committee 2002-2005.
- Fellow of the American Psychological Association, Division 44 (Society for the Psychological Study of Lesbian, Gay, and Bisexual Issues, 1997)
- Committee on Lesbian, Gay, and Bisexual Concerns. Chair & Member, 1/2002- 01/1999.

### *New Jersey Psychological Association*
- President: 2008. Executive Board: 2007-2009.
- Ethics Committee, Member, 2001-2006. Chair, 7/2003-12/2006
- Committee on Legislative Affairs, Member, 1997-1999
- Member at Large, Executive Board 1994.
- Committee on Lesbian, Bisexual and Gay Concerns, Founding Chair, 1991. Chair, 1992-1996.

### *Friends of Hillsborough. President and Board Chair*                           1995-2000
- Led successful grass roots, community advocacy group focused on environment and land use planning in New Jersey.
- Won major legal case protecting environmentally sensitive land.
- Developed policy, political and legal strategies, wrote grants, managed legal case, and collaborated with state and collaboration with local non-governmental groups.

## *HONORS*

- Distinguished Service Award, Society of the Psychological Study of Lesbian, Gay, Bisexual & Transgender Issues, American Psychological Association, 2016
- Outstanding Achievement Award, Committee on Lesbian, Gay, & Bisexual Issues, American Psychological

3

- Association, 2010
- President's Award, Division of Psychoanalysis, American Psychological Association, 2010
- Peterson Prize, Graduate School of Applied & Professional Psychology, Rutgers University, 2006
- Alumni Organization Award for Distinguished Career Achievement, Graduate School of Applied & Professional Psychology, Rutgers University, 2006
- Fellow of the American Psychological Association, Division 35 (Psychology of Women), 2003
- Fellow of the American Psychological Association, Division 44 (LGBT Issues), 1997
- Trustees Fellowship, Rutgers University, 1983-1986
- Radcliffe Fellowship & Phillips Brook House Award, Harvard University, 1978
- Parkinson's Disease Fellowship, Columbia Presbyterian Hospital, 1976

## PUBLICATIONS

### Professional and Scientific Journals

Glassgold, J.M. (2021). Uncovering a hidden life. [Review of The story of Sidonie C.: Freud's famous "Case of Female Homosexuality," by Ines Rieder & Diana Vogt]. Contemporary Psychotherapy. 13(1), https://www.contemporarypsychotherapy.org/volume-13-issue-1/uncovering-a-hidden-life-the-story-of-sidonie-c-freuds-famous-case-of-female-homosexuality/ Wolff, J. R. & Glassgold, J.M. (2020, October, 24). Using Psychology to Address Social Problems. Psychology Today. https://www.psychologytoday.com/us/blog/hope-resilience/202010/using-psychology-address-social-problems.

Wolff, J. R. & Glassgold, J.M. (2020, October, 24). Using Psychology to Address Social Problems. Psychology Today. https://www.psychologytoday.com/us/blog/hope-resilience/202010/using-psychology-address-social-problems.

Glassgold, J. M., & Wolff, J. R. (2020, July 20). Expanding Psychology Training Pathways for Public Policy Preparedness Across the Professional Lifespan. American Psychologist, 75(7), 933-944. http://dx.doi.org/10.1037/amp0000696.

Glassgold, J. M. (2010). A Process without End: Seeking the Unrealized Yet Irrepressible Aspects of Self. Women & Therapy. 33 (3-4), 246-263. In Special Issue: A Minyan of Women: Family Dynamics, Jewish Identity and Psychotherapy Practice.

Glassgold, J. M. (2009). The Case of Felix: An Example of Gay-Affirmative, Cognitive-Behavioral Therapy. Pragmatic Case Studies in Psychotherapy, www2.scc.rutgers.edu/journals/index.php/pcsp/article/.../995/2398.

Report of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation. (2009). Annual Conference of the American Psychological Association.

Glassgold, J. M. (2008). Bridging the Divide: Integrating Lesbian Identity and Orthodox Judaism. Women & Therapy, 31(1), 59-72.

Glassgold, J. M. & Knapp, S (2008). Ethical issues in screening clergy or candidates for religious professions for denominations that exclude homosexual clergy. Professional Psychology, 39(3), 346-352.

Glassgold, J. M. (2007). In dreams begin responsibilities: Psychology, agency and activism. Journal of Gay and Lesbian Psychotherapy, 11(3/4), 37-57.

Glassgold, J. M. (2007, Summer). Ethical issues when addressing diversity in psychological practice. New Jersey Psychologist, 57(2), 28-30.

Glassgold, J. M. (2007). Religious issues in psychological practice: ethical considerations. New Jersey Psychologist, 57(1), 16-18.

Glassgold, J. M. (2006). Ethics Column: Legal and Ethical issues and impairment in colleagues. New Jersey Psychologist.

Glassgold, J. M. (2005). Bullying and harassment of Lesbian, Gay, Bisexual, and Transgender youth. In Special Section: Violence in the Schools: The issue of bullying. New Jersey Psychologist, 55(3), 28-30.

Glassgold, J. M. and Iasenza, S. (Eds.). (2004). The second wave: Lesbians, feminism, & psychoanalysis. Journal of Lesbian Studies Special Issue, 8(1/2). Jointly published by Harrington Park Press..

Glassgold, J. M., Fitzgerald, J., Haldeman, D. (2003). Letter to the editor: Response to Yarhouse & Throckmorton. Psychotherapy: Research & Practice, 40(1), 376-378.

Glassgold, J. M. (2002). Ethical issues in psychotherapy with lesbian, gay, and bisexual clients. New Jersey Psychologist, 52(4), 10-12.

Schneider, M. S, Brown, L. S. & Glassgold, J. M. (2002). Implementing the resolution on appropriate therapeutic responses to sexual orientation: A guide for the perplexed. Professional Psychology, 33(3), 265-276.

Glassgold, J. M. (2002). Individual and systems concerns in therapy with same-sex couples. New Jersey

4

Psychologist, 52 (1), 15-18.
Glassgold, J. M. (2002).  Individual and systems concerns in therapy with same-sex couples.  New Jersey Psychologist, 52 (1), 15-18.
Glassgold, J. M., Fitzgerald, J., Haldeman, D. (2002). Letter to the Editor. Psychotherapy: Theory, Research, Practice, Training, 39(4), 376-378.
Glassgold, J. M. (Ed.).  (1993, Summer).  Special Issue: Psychotherapy with Lesbians, Gay Men, and Bisexuals. New Jersey Psychologist, 43(3).
Glassgold, J. M. (1992, Spring). What's in a name? Reflections on sexual orientation.  Psychology of Women: Newsletter of Division 35, American Psychological Association, 19(2), 3-4.
Tellerman, K., Astrow, A., Fahn, S., Snider, S.R., Snider, R.S. and Glassgold, J.M. (1979). Cerebellar control of catecholaminergic activities: Implications for drug therapy of movement disorders. International Journal of Neurology, 13,135-155.
Jackson, V., Glassgold, J.M., Miller, R., and Snider, S.R. (1977). Hypersensitivity of rats with chronic cerebellar lesions to abnormal behavior induced by apomorphine. Neuroscience Abstracts, 6(20), 205.4.
Levandowsky, M., Hauser, D.C.R. & Glassgold, J. (1975). Chemosensory responses of a protozoan are modified by antitubulins. Journal of Bacteriology, 124(2), 1037-1038.
Hauser, D.C.R., Levandowsky, M. and Glassgold, J. (1975). Ultrasensitive responses of protozoa to epinephrine and other neurochemicals. Science, 190(4211), 285-286.

## Professional Books and Book Chapters

Glassgold, J.M. (under contract). Mental and Behavioral Health Policy in the United States - Pathways to Understanding and Change. Oxford University Press.
Glassgold, J.M. (2022).  Research On Sexual Orientation Change Efforts. In Sexual Orientation and Gender Identity Change Efforts, D. Haldeman (Ed.). American Psychological Association.
Glassgold, J.M. & Ryan, C. (2022). The Role of Families in Efforts to Change, Support, and Affirm   Sexual Orientation, Gender Identity and Expression in Children and Youth. In Sexual Orientation Change Efforts, D. Haldeman \ (Ed.). American Psychological Association.
Glassgold, J.M. (2017). *Conversion Therapy* in Nadal, K. L., Mazzula, S. L., & Rivera, D. P. (Eds.). The Sage Encyclopedia on Psychology and Gender. Thousand Oaks: Sage.
Glassgold, J. M. (2010). A Process without End: Seeking the Unrealized Yet Irrepressible Aspects of Self. In B. Greene & D. Brodbar (Eds). *A Minyan of Women: Family Dynamics, Jewish Identity and Psychotherapy Practice*. NY: Routledge.
Glassgold, J. M. (2008). Bridging the Divide: Integrating Lesbian Identity and Orthodox Judaism. In A. Mahoney & O. Espin (Eds.), *Sin or Salvation: The relationship between sexuality and spirituality in psychotherapy*. Harrington Park Press. Jointly published as Women & Therapy, 31(1).
Glassgold, J. M and Drescher, J. (Eds.). (2007). *Activism in LGBT Psychology*. NY: Harrington Park Press. Jointly published as Journal of Gay and Lesbian Psychotherapy 11 (3/4).
Glassgold, J. M. and Iasenza, S. (Eds.). (2004). *The second wave: Lesbians, feminism, & psychoanalysis*. Harrington Park Press. Jointly published as *Journal of Lesbian Studies,* 8 (1/2).
Glassgold, J. M. (2000). Incest.  In Bonnie Zimmerman (Ed.), *Lesbian Histories and Cultures: An Encyclopedia,* (p. 389-390). Encyclopedia of Lesbian and Gay Histories and Cultures (Vol. 1). NY: Garland Press.
Glassgold, J. M. & Iasenza S. (Eds.). (1995). *Lesbians and Psychoanalysis: Revolutions in Theory and Practice.* New York: The Free Press.
Glassgold, J. M. (1995). Psychoanalysis with lesbians: Agency and Subjectivity.  In J. M. Glassgold & S. Iasenza (Eds.), *Lesbians and Psychoanalysis: Revolutions in Theory and Practice*, (pp. 203-228). New York: The Free Press
Glassgold, J. M. (1992). New directions in dynamic theories of lesbianism: From psychoanalysis to social constructionism. In J. Chrisler & D. Howard (Eds.). *New Directions in Feminist Psychology*, pp. 154-164. New York: Springer.
Glassgold, J. M. (1990). The construction of feminist psychoanalysis: An analysis of Nancy Chodorow's "The Reproduction of Mothering." [Dissertation Abstract] *Dissertation Abstracts International. 51*(2-B), Aug 1990, 984.

## Federal Reports - Mental Health

Substance Abuse and Mental Health Services Administration (SAMHSA). (June, 2022). Moving Beyond Change Efforts: *Evidence and Action to Support and Affirm LGBTQ+ Youth.* Rockville, MD: Substance Abuse and

5

Mental Health Services Administration. Publication No. PEP22-03-12-001 Roles: Lead Subject Matter Expert, project development, management of expert meeting, coordination, editing and writing.

Substance Abuse and Mental Health Services Administration (SAMHSA). (October, 2015). Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth. HHS Publication No. (SMA) 15-4928. Rockville, MD: Substance Abuse and Mental Health Services Administration. Roles: Project development, coordination, editing and writing.

## Selected Public Policy Publications

Corby-Edwards, Feder, J., Glassgold, J., Heisler, E., McCallion, G. (2013, July 9). *Federal Survey Data Collection of Sexual Orientation and Gender Identity Information*. Congressional Research Service Memorandum for Congress.

Glassgold, J. M. (2013, June 3). *Compounded Drugs*. Congressional Research Service Report for Congress.

Glassgold, J.M. & Salaam-Blyther, T. (2013, May 13*). Neglected Tropical Diseases: Definitions, Public Health, and Drug Treatments*. Congressional Research Service Memorandum for Congress.

Glassgold, J.M., Thaul, S. Kinzer, J. (2013, March 21). Selected Resources on Federal Oversight of Compounding Pharmacies. Congressional Research Service Report for Congress.

Bagalman, E. Corby-Edwards, A.K., & Glassgold, J. (2013, February 21). *Research on Violent Video Game Exposure and Gun Violence Perpetration, Interpersonal Physical Violence Perpetration, and Aggression*. Congressional Research Service Memorandum for Congress.

Thaul, S., Bagalman, E., Corby-Edwards, A.K, Glassgold, J.M., Johnson, J., Lister, S.A., Sarata, A.K, (2013, February 4).*The Food and Drug Administration Safety and Innovation Act (FDASIA, P.L. 112-144)*. Congressional Research Service Report for Congress.

Glassgold, J.M**.** (2013, January 22). *Living Organ Donors' Access to Health, Disability, and Life Insurance*. Congressional Research Service Memorandum for Congress.

Glassgold, J.M. and Napoli, A. (2013, January 9). *Literature Search: Symptom Validity Tests Used to Detect Malingering in Social Security Administration Disability Evaluations*. Congressional Research Service Memorandum for Congress.

Glassgold, J.M. and Liu, E. C. (2013, January 2). *Possible Effects of Flynn v. Holder on Hemapoietic Stem Cell Transplants*. Congressional Research Service Memorandum for Congress.

Glassgold, J. M. (2012, November 12). *International Issues in Diagnosis, Research, and Treatment of Dementia and Alzheimer's Disease***.** Congressional Research Service Memorandum for Congress.

Glassgold, J. M. (2012, October 26). *Federal Activities and Spending for Diabetes Prevention, Research, and Treatment*. Congressional Research Service Memorandum for Congress.

Thaul, S., Bagalman, E., Corby-Edwards, A.K, Glassgold, J.M., Johnson, J., Lister, S.A., Sarata, A.K, (2012, June 26). *FDA User Fees and the Regulation of Drugs, Biologics, and Devices: Comparative Analysis of S. 3187 and H.R. 5651*. Congressional Research Service Report for Congress.

## Regulatory Comments - Federal and State Government

New Jersey Psychological Association (October, 2018). Letter to Attorney General Re: "Duty to Warn" legislation amendment to P.L. 2018, CHAPTER 34, approved June 13, 2018.

New Jersey Psychological Association (September 12, 2017). Letter to New Jersey Board of Psychological Examiners regarding, New Jersey P.L.2017.c117, authorizing health care providers to engage in telemedicine and telehealth.

American Psychological Association (March 24, 2016). Public comment on proposed rule of the Department of Labor for the Implementation of the Nondiscrimination and Equal Opportunity Provisions of the Workforce Innovation and Opportunity Act (WOIA) 29 CFR 28 RIN 1291-AA36.

American Psychological Association (December 31, 2015) Public Comment on National Coverage Analysis (NCA) Tracking Sheet for Gender Dysphoria and Gender Reassignment Surgery (CAG-00446N), Centers for Medicare and Medicaid Services, Department of Health and Human Services.

American Psychological Association (November 9, 2015). Public comment on proposed rule Nondiscrimination in Health Programs and Activities. A proposed rule by the Department of Health and Human Services (Section 1557 of the Affordable Care Act).

American Psychological Association (June 22, 2015) Public Comment on proposed rule Equal Employment Opportunity Commission 29 CFR Part 1630 RIN 3046–AB01 Amendments to Regulations Under the Americans With Disabilities Act.

American Psychological Association and American Psychological Association Practice Organization. (February 18, 2015). Public Comment on the draft criteria for Certified Community Behavioral Health Clinics.

Comments on behalf of the American Psychological Association. (April 24, 2014). RE: V. Other Topics for Consideration for the 2017 Edition Certification Criteria Rulemaking, 45 CFR Part 170, Voluntary 2015 Edition Electronic Health Record (EHR) Certification Criteria; Interoperability Updates and Regulatory Improve..

Comments on behalf of the American Psychological Association. (November 18, 2013). Request for Information (RFI): Inviting Comments and Suggestions on the Health and Health Research Needs. Specific Health Issues and Concerns for Lesbian, Gay, Bisexual, Transgender, and Intersex (LGBTI) Populations.

## Legislative Testimony & Statements

6

Testimony in support of H.P. 755 and L.D. 1025 "An Act To Prohibit the Provision of Conversion Therapy to Minors by Certain Licensed Professionals" (2109. April). Maine Legislature.

American Psychological Association. (February 6, 2015). Written Statement for President's Task Force on 21st Century Policing. U.S. House of Representatives. Committee on Energy and Commerce, Subcommittee on Oversight and Investigations.

Written Statement of the American Psychological Association at a Hearing "The State of Civil and Human Rights in the United States". U.S. Senate Judiciary Subcommittee on the Constitution, Civil Rights and Human Rights. December. 9, 2014.

Statement of Joel A. Dvoskin, PhD, ABPP. On behalf of the American Psychological Association At a Hearing "Suicide Prevention and Treatment: Helping Loved Ones in Mental Health Crisis. September 18, 2014.

Testimony on behalf of the American Psychological Association at a hearing "Oversight of Federal Programs for Equipping State and Local Law Enforcement". U.S. Senate Committee on Homeland Security and Governmental Affairs. September, 9, 2014.

Statement of Arthur C. Evans, Jr. PhD. Commissioner, Department of Behavioral Health and Intellectual disAbility Services. Philadelphia, Pennsylvania at a Hearing "Where Have All the Patients Gone? Examining the Psychiatric Bed Shortage" U.S. House of Representatives Committee on Energy and Commerce, Subcommittee on Oversight and Investigations. March 26, 2014.

## Research Summaries for Religious Documents

Glassgold, J.M. (2006) in Dorff, Elliot, Nevins, Daniel S. and Reinser, Avram I. "Homosexuality, Human Dignity, & Halakhah: A Combined Responsim for the Committee on Jewish Law and Standards." from http://www.rabbinicalassembly.org/docs/Dorff_Nevins_Reisner_Final.pdf

## PRESENTATIONS

### Presentations and Trainings – Psychology

Hatch, A. and Glassgold, J.M. (2022, October). Clinical, community and policy efforts to support and affirm LGBTQ+ youth Presentation at aannual conference of Gay and Lesbian Medical Association (GLMA), San Francisco, CA.

Glassgold, J.M. (2022, September). Individual, Family, and School Interventions to Affirm and Support LGBTQ+ Children and Adolescents. Continuing Education Program sponsored by the Graduate School of Applied and Professional Psychology at Rutgers, the state university of New Jersey.

Glassgold, J.M. (2022, September). LGBTQ+ Youth: Supporting Behavioral Health in Symposium Supporting America's LGBTQ+ Youth: Approaches, Strategies and Opportunities. Sponsored by National Family Technical Assistance Center Online Symposium.

Glassgold, J.M. (2022, July). Research Evidence on SOGI Change Efforts and Approaches to Affirm LGBTQ+ Youth in Online Symposium: Moving Beyond Change Efforts: Evidence & Action to Support & Affirm LGBTQ+ Youth sponsored by National Center of Excellence on LGBTQ+ Behavioral Health Equity.

Wolff, J.R. & Glassgold, J.M. (2021).

Glassgold, J.M. (2018, August). Discussant "When Faith Matters More Than Sexual Orientation---Challenges in Ethics, Training, and Psychotherapy". Annual Conference of the American Psychological Association, San Francisco, CA.

Glassgold, J.M. (2017, February) Invited Speaker: "*The Psychology of Sexual Orientations and Gender Identities*" at a Conference entitled: Sexuality, Gender and the Jewish Family. Center for Jerwish Studies Arizona State University, Phoenix, AZ.

Glassgold, J.M. (2017, December). Understanding the New Jersey Telehealth Law. Presented at New Jersey Psychological Association Symposium

Glassgold, J.M. (2016, June 16). Supportive and Affirming Services for LGBTQ Youth. Webinar presented by Child Welfare Capacity Building Collaborative funded by the Children's Bureau, Department of Health and Human Services.

Glassgold, J.M. (2016, June 15). LGBT Youth: Ensuring Supportive & Affirmative Approaches to Behavioral Health Services. Webinar sponsored by the National Council on Behavioral Health, Washington DC.

Glassgold, J.M. (2016, February 28). Mobile Apps and Health Disparities. Workshop presented at the 33rd Annual Winter Roundtable at Teacher' College, Columbia University, New York City.

Kennedy, E.K, Glassgold, J. M., & Ryan, C. (2016, February 13). Alternatives to Conversion Therapy: Supporting & Affirming LGBT Youth. Workshop presented at Time to Thrive, Human Rights Coalition, Dallas, TX.

Kennedy, E.K & Glassgold, J. M. (2016, February 1). Alternatives to Conversion Therapy: Supporting & Affirming LGBT Youth. 26th National Leadership Forum & SAMHSA's 12th Prevention Day. National Harbor, Maryland.

Glassgold, J.M. & Kennedy, E. K. (2015, November 20). *Ending Conversion Therapy and Supporting LGBTQ Children & Youth: Affirming Models of Intervention*. Podcast created by Mormon Mental Health. Available at: http://www.mormonmentalhealth.org/082-ending-conversion-therapy.

Glassgold, J. M & Kennedy, E.K. (2015, November 9). *Ending Conversion Therapy and Supporting LGBTQ Children & Youth: Affirming Models of Intervention*. Webinar presented to Culture Consortium of the National Child Traumatic Stress Network.

Glassgold, J. M. (2015, August). Spiritually Sensitive and Affirmative Therapeutic Responses to Sexual and Gender Minorities. Paper presented at symposium entitled A Dialogue on the Intersection of Religion/Spirituality, Sexual Orientation, and Gender Identity at the annual meeting of the American Psychological Association, Toronto, Canada.

Glassgold, J.M. (2015, August). Appropriate Therapeutic Responses to Sexual Orientation: Affirmative Practices. Continuing Education Training presented with K. Ritter and C. Ryan at APA Annual Conference, Washington, DC

Glassgold, J.M. (2014, August). A dialogue on the intersection of religion/spirituality, sexual orientation, and gender identity. Presented as part of a Symposium of the Annual Conference of the American Psychological Association, Washington, DC.

Glassgold, J.M. (2014, August). APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation: Affirmative Practices. Continuing Education Training presented with K. Ritter and C. Ryan at APA Annual Conference, Washington, DC.

Glassgold, J.M. (2013, August). A Framework for Affirmative Therapy for Those Distressed by their Same-Sexual Orientation. Presentation at Symposium entitled Responding to Sexual Orientation Change Efforts: Affirmative Policy and Treatment presented at the APA Annual Conference, Honolulu, HI.

Glassgold, J.M. (2013, August). "Issues for Children and Adolescents." In APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation: Affirmative Practices. Continuing Education Training presented with K. Ritter and T. Moragne at APA Annual Conference, Honolulu, HI.

Glassgold, J. M. (2012, April). Invited Lecture: "Coming Out Religious and LGBTQ," and Invited Seminar: "Activism and the Psychology of Women and Gender." Women's Studies Department, Northern Illinois University.

Glassgold, J. M. (2012, March). The Unethical Life of Reparative Therapy: The History and Ethics of Attempts to Cure Homosexuality. Lecture at Baltimore Country Community College. Part of the Community Connection Book Series. Awarded Outstanding Program of the Year.

Glassgold, J. M. (2009, August). Report of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation. Annual Conference of the American Psychological Association, Toronto, CA.

Glassgold, J. M. (2009, January). Sexual orientation and religion: A difficult dialogue. Colloquium Long Island University, New York.

Glassgold, J. M. (2009, January). Transcending conflicts: Integrating religion and sexual orientation. In Colloquium: When aspects of client diversity collide: Ethical considerations. National Multicultural Conference and Summit, New Orleans, LA.

Glassgold, J. M. (2007, January). Steps for Creating a Transgender-Sensitive Climate & Positive Mental Health on College Campuses. Annual Conference of Rutgers University Health Services. New Brunswick, NJ.

Glassgold, J. M. (2006, April). Department of Child Psychiatry, Grand Rounds: Non-traditional sexual orientation and suicidality: Case reports and discussion. Robert Wood Johnson Medical School, University of Medicine and Dentistry of New Jersey, Piscataway, NJ

Glassgold, J.M. (2005, August). A Process without End: Seeking the Unrealized and Irrepressible Aspects

of Self. Paper presented in symposium: Minyan of Women: Family dynamics, Jewish identities, & Psychotherapy. Annual Conference of the American Psychological Association, Washington, DC.

Glassgold, J. M. (2005, April). Psychoanalysis: Toward a liberatory practice/praxis. Paper Presented in Symposium: Lesbians, Feminism & Psychoanalysis: Toward the Second Wave. Midwinter Conference of Division 39, Psychoanalysis, of the American Psychological Association. NY, NY

Glassgold, J. M. (2004, July). Presidential Address, Society for the Psychological Study of Lesbian, Gay, & Bisexual Issues (Division 44 of the American Psychological Association). In Dreams begin Responsibilities: Psychology, Agency & Activism. Annual Conference of the American Psychological Association, Honolulu, Hawaii.

Glassgold, J. M. (2004, July). Lesbians, Feminism & Psychoanalysis: Affirming Integrations. Chair, Invited Symposium. Annual Conference of the American Psychological Association, Honolulu, Hawaii.

Glassgold, J. M. (2004, July). Supporting scientific integrity and freedom in behavioral health research. Chair, Invited Symposium. Annual Conference of the American Psychological Association, Honolulu, Hawaii. See related article, Monitor on Psychology, 35(9), October 2004, p. 38.

Glassgold, J. M. (2004, February). Perceptions of the Other by the Other. Paper presented in symposium: Minyan of Women: Family dynamics, Jewish identities, & Psychotherapy practice. Annual Meeting of the Association of Women in Psychology, Philadelphia, PA.

Glassgold, J. M. (2004, February). Lesbians, Feminism, and Psychoanalysis: Structured Discussion. Annual Conference of the Association of Women in Psychology. Philadelphia. PA.

Glassgold, J. M. (2003, August). Co-Chair: Symposium: Skeletons out of our Closet: Psychoanalytic and GLBT explorations. Annual Conference of the American Psychological Association, Toronto, CA.

Glassgold, J. M. (2003, August). Chair and Discussant: Film: Trembling Before G-D. Annual Conference of the American Psychological Association, Toronto, CA.

Glassgold, J. M. (2001, February 19). Gay and lesbian teenagers. Appearance on "Family Talk", CN8, Comcast Cable Network.

Glassgold, J.M. (August, 2000). Discussant. Public Interest Miniconvention Valuing Diversity. Presented at the Annual Conference of the American Psychological Association, Washington, DC.

Glassgold, J. M. (April, 2000). Identity and a sense of belonging in adolescents. Invited Address at the 4th Annual Sarah van Alen Lecture Series. Collier School, Marlborough Twp, NJ.

Glassgold, J. M. (August, 1999). Conversation Hour: Lesbian, Gay, and Bisexual Therapists working with Bisexual Clients. Presented at the Annual Conference of the American Psychological Association, Boston, MA.

Glassgold, J. M. (August, 1999). Discussion: Promoting Research in Lesbian, Gay and Bisexual Issues. Presented at the Annual Conference of the American Psychological Association, Boston, MA.

Glassgold, J. M. (February, 1997). Expressing Desire: Subjectivity and Agency in Female Desire. Paper presented at a conference of Division 39, Psychoanalysis, of The American Psychological Association. Denver, CO.

Glassgold, J. M. (November, 1996). Lesbian Identity Development: Theoretical Views from Psychoanalysis to Lesbian Affirmative Therapy. Presented at a Conference: The Treatment of Lesbians and Gay Men in Psychiatric Practice. American Psychiatric Association, 48th Institute on Psychiatric Services, Chicago, IL.

Glassgold, J. M. & Iasenza, S. (October, 1996). Psychoanalysis with Lesbians: Modern Approaches to Individual and Couples Therapy. Workshop Presented at the Fall Meeting of the New Jersey Psychological Association.

Glassgold, J. M. (March 1996). Increasing agency in lesbian women. Symposium: Lesbians and Psychoanalysis. .Paper presented at the annual meeting of the Association of Women in Psychology. Portland OR.

Glassgold, J. M. (March, 1996). Dynamic psychotherapy with bisexual women. Symposium: Treatment issues with Bisexual Women. Presented at the annual meeting of the Association of Women in Psychology. Portland, OR.

Glassgold, J. M. (March, 1996). Addressing bisexuality in therapy. Presentation at Plenary Panel at the Conference: Psychotherapy with the Gay and Lesbian Community. Sponsored by the Institute for Human Identity, New York.

Glassgold, J. M. (August, 1995). Co-Chair, Lesbians and Psychoanalysis: New Directions in Theory and Practice. Critical Issues in Psychoanalysis with Lesbians. Paper presented at the Annual Conference of the American Psychological Association. New York, NY.

Glassgold, J. M. (August, 1995). Organizing a Gay and Lesbian Committee in a Tolerant State. Paper presented at Symposium: Confronting Sexual Orientation Concerns within and outside State Psychological Associations. Presented at the Annual Conference of the American Psychological Association, New York, NY.

Glassgold, J. M. & Iasenza, S. (March, 1995). Psychoanalysis and Lesbians. Workshop presented at the Annual Conference of the Association of Women in Psychology, Indianapolis, IN.

Glassgold, J. M. (November, 1993). Homophobia in the Therapist: Improving clinical services to the gay and Lesbian community. Workshop presented at Jewish Family Services of North Middlesex County, NJ.

Glassgold, J. M. (November, 1993). Reaching the sexual minority youth: Working with gay, lesbian and bisexual Youth. Part of training team sponsored by The Human Resource Development Institute & the Division of Youth and Family Services of New Jersey. Rider College, Lawrenceville, NJ.

Glassgold, J. M. (November, 1993). Psychological Perspectives on Homophobia. Invited Address at Plenary Panel: Perspectives on Diversity. Seton Hall University, West Orange, NJ.

Glassgold, J. M. (December, 1993). Sexual abuse as a risk factor in HIV transmission in women. Workshop presented at the annual conference of the Women and AIDS Coalition, Newark, NJ.

Glassgold, J. M. (August, 1993). Similarity and Difference in Psychotherapy. Paper presented at the annual meeting of the American Psychological Association. Chair of Symposium: Addressing Difference in Therapist-Patient Sexual Orientation. Toronto, Canada.

Glassgold, J. M. (February, 1993). New directions in dynamic theories of lesbianism: From psychoanalysis to contextualism. Conference on Psychotherapy in the Gay and Lesbian Community. Sponsored by the Institute for Human Identity. New York, NY.

Glassgold, J. M. (December, 1992). LGBT Adolescents and the role of the school psychologist. Workshop presented at the Annual meeting of the National Association of School Psychologists—New Jersey Chapter. Clark, NJ.

Glassgold, J. M. (December, 1992). The social construction of family norms. Presentation at the Family Institute of New Jersey. Metuchen, NJ.

Glassgold, J. M. (May, 1992). Lesbian youth: Survival through resistance. Presentation at conference: "One in Ten III: Invisible Youth. Lesbian and Gay Adolescents in School, Community and Family. Newark, NJ.

Glassgold, J. M. (March, 1992). Models of Feminist Therapy: Applications for college students. Training presented at Rutgers College Counseling Center. New Brunswick, NJ.

Glassgold, J. M. (February, 1992). Plenary Panel: Living and Working in the same community. Conference on Psychotherapy in the Gay and Lesbian Community. Sponsored by the Institute for Human Identity: Exploring our many roles and relationships. New York, NY.

Glassgold, J. M. (February, 1992). Psychotherapy with lesbians and gay men. Presentation at the meeting of the Morris County Psychological Association. Morristown, NJ.

Glassgold, J. M. (January, 1992). The development of sexual orientation: Issues in the psychotherapy of women. Presentation at the New Jersey Association of Women Therapists. Berkeley Heights, NJ.

Glassgold, J. M. (November, 1991). Focal Issues in the treatment of lesbians and gay men. Chair of symposium and presenter. New Jersey Psychological Association Fall Meeting. Somerset, New Jersey.

Glassgold, J. M. (February, 1991). The development of sexual orientation: Issues for psychotherapists. Training presented at Rutgers College Counseling Center. New Brunswick, NJ.

Glassgold, J. M. (September, 1990). The role of support groups in graduate school training in professional psychology. Paper presented at the Colloquium series of the Department of Psychology, C.W. Post Campus, Long Island University.

Glassgold, J. M. (August, 1990). The role of peer support groups in fostering professional development. Paper presented at the annual meeting of the American Psychological Association. Symposium entitled What they didn't teach you in clinical psychology graduate school: Making the transition from graduate student to full-fledged professional.

Glassgold, J. M. (August, 1989). The Construction of Lesbian Identity and Sexuality. Paper presented at the annual meeting of the American Psychological Association. Symposium co-chair and presenter. Symposium entitled: Social Constructionism and the Psychology of Sexuality and Identity.

Glassgold, J. M. (August, 1989). An appraisal of feminist object-relations theory. Paper accepted for presentation at the annual meeting of the American Psychological Association.

Glassgold, J. M. (March, 1989). Exploring Theoretical Models of Lesbianism. Paper presented at the annual conference of the Association of Women in Psychology: "The Many Faces of Feminist Psychology", Newport, Rhode Island.

Glassgold, J. M. (March, 1988). Lesbianism and Psychoanalysis.  Paper presented and discussion session facilitated at the annual conference of the Association of Women in Psychology: "New Directions in Feminist Psychology", Bethesda, MD.

Glassgold, J. M. (August, 1987). Lesbianism and Psychoanalysis.  Paper presented at the annual meeting of the Association of Lesbian and Gay Psychologists held concurrently with the American Psychological Association, New York, NY.

Glassgold, J. M. (April, 1987). Developmental Issues for Lesbians from a Family Systems Perspective. Paper presented at the University of Medicine and Dentistry of New Jersey, Family Therapy Training Program, Piscataway, NJ. `

Glassgold, J. M.  (April, 1987). Psychoanalysis and Lesbianism: A Critique of Theory.  Paper presented at conference: "Therapy for the Lesbian and Gay Community", sponsored by the Institute for Human Identity, New York City, NY.

**Presentations and Trainings – Public Policy**

Wollff, J.M. and Glassgold, J.M. (August, 2021). Strategies for Bringing Public Policy Engagement to Psychology Education and Training. Preconference continuing education, American Psychological Association. Online presentation.

Glassgold, J.M. (December, 2020). Invited presentation: Psychology Training to Design Effective and Humane Policies. The Japanese Association for Psychology of Human Services. Onlinel presentation.

Glassgold, J.M. (2018, August) Invited presentation: "Legislative Advocacy" in all-day pre-convention workshop sponsored by Division 44 of the American Psychological Association.

Glassgold, J.M. (2016, October 13). Invited Talk: Mental Health and Substance Abuse Policies Post the Affordable Care Act, Woodrow Wilson School, Princeton University.

Glassgold, J.M. (2016, August). Social Justice Issues Approaches to Advocacy. Annual Convention of the American Psychological Association, Denver, CO.

Glassgold, J. M. (2015, November 13). Invited panelist: *Advancing the March Toward Health Equity- HEAA Legislation* presented at the 2015 Congressional Tri-Caucus Health Equity and Accountability Act Summit of the Congressional Black Caucus Braintrust. Charleston, SC.

Glassgold, J. M. (2015, October). Participant on panel: *Ending conversion therapy in America*".  White House and Department of Agriculture Utah LGBT Rural Summit Series, Weber State University, Ogden, UT.

Glassgold, J.M. (2015, January). "Access to Behavioral Health Care in Communities of Color: Role of ACA and MHPAEA", presented at the FAMILIESUSA Washington, DC conference "Health Action 2015: Building Real Progress".

Glassgold, J.M. (2014, December) Addressing LGBT Behavioral Health Disparities by Improving Access to Care. Presentation/Webinar jointed sponsored by the American Psychological Association and the US Substance Abuse and Mental Health Services Administration.

Glassgold, J.M. (2014, December).  Advocacy Training for the Committee on Sexual Orientation and Gender Diversity, Association for Graduate Students in Psychology.

Glassgold, J. M. (2014, August). Advocacy Training for the Society for the Psychological Study of Sexual Orientation.

Glassgold, J.M. (2014, December).  Advocacy Training for the Committee on Ethnic Minority Concerns, Association for Graduate Students in Psychology.

Glassgold, J.M. (2013, July). Medicaid and Mental Health Services. Congressional Research Service Briefing to Senate Finance Committee Staff.