**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-2287-CNS-STV**

KALEY CHILES,

Plaintiff,

v.

PATTY SALAZAR, in her official capacity as Executive Director of the Department of Regulatory Agencies; *et al.*,

Defendants.

## DECLARATION OF REINA SBARBARO-GORDON

I, Reina Sbarbaro-Gordon, do hereby declare as follows:

1. I am over the age of 18 years and do not labor under any disabilities. I have personal knowledge of the facts and matters below.

2. I am currently the Program Director for both the State Board of Professional Counselor Examiners and the State Board of Addiction Counselor Examiners (the "Boards").

3. My duties as the Program Director for the Boards include administering the Boards' programs and certifying information contained in the Boards' records.

4. Since it went into effect on August 2, 2019, House Bill 12-1129 (the "Minor Conversion Therapy Act"), which prohibits mental health care providers from engaging in conversion therapy with a client under eighteen years of age has not resulted in disciplinary action taken against a practitioner's license.

5. If faced with a complaint concerning a practitioner engaging in conversion therapy with a minor client, the Boards would follow the same process as they would for other complaints concerning violations of the Mental Health Practice Act, including: investigating a complaint supported by good cause; providing notice and opportunity to be heard at an administrative hearing; and the judicial review of any decision, if requested.

6. Since August 2019, to the Boards' knowledge, no complaint concerning current practice of conversion therapy with a client under eighteen years of age have been received.

7. Accordingly, the Boards have not initiated any proceedings concerning the practice of conversion therapy with a client under eighteen years of age.

8. At this time, the Boards have not initiated disciplinary proceedings against Plaintiff Kaley Chiles for the practice of conversion therapy with a client under eighteen years of age.

Declarant sayeth nothing further.

*[Signature]*
Reina Sbarbaro-Gordon, Program Director
State Board of Licensed Professional Counselor Examiners
and State Board of Addiction Counselor Examiners

Pursuant to C.R.C.P. 108 and § 13-27-101, *et. seq*., C.R.S., I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed on the  15th  day of  November   2022, in the County of Denver , State of Colorado.