IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-2287-CNS-STV**

KALEY CHILES,

    Plaintiff,

v.

PATTY SALAZAR, in her official capacity as Executive Director of the Department of Regulatory Agencies; *et al.*,

    Defendants.

---

## MOTION FOR STAY PENDING SUPREME COURT REVIEW
---

    Plaintiff Kaley Chiles respectfully moves the Court to enter an order staying this matter pending resolution of Chiles's effort to seek review of the Tenth Circuit's September 12, 2024, judgment in the United States Supreme Court. As grounds for this motion, Chiles states:

    CERTIFICATION: Chiles's counsel has conferred with Defendants' counsel regarding this motion. Defendants oppose this motion.

    1.    Chiles moved this Court to preliminarily enjoin enforcement of C.R.S. § 12-245-224(1). ECF 29.

    2.    The Court denied Chiles's motion for preliminary injunction (ECF 55), and Plaintiff filed an interlocutory appeal to the Tenth Circuit. ECF 65.

    3.    The Tenth Circuit entered its judgment affirming this Court on September 12, 2024. ECF 73.

4. Chiles will soon petition for a writ of certiorari in the United States Supreme Court seeking review of the Tenth Circuit's judgment.

5. In the interest of judicial economy and conservation of the parties' resources, Chiles moves the Court to enter an order temporarily staying this matter pending resolution of Chiles's petition for writ of certiorari and, if the petition is granted, entry of judgment by the Supreme Court.

6. Whether to stay a matter rests within the sound discretion of the trial court. *Wang v. Hsu*, 919 F.2d 130, 130 (10th Cir. 1990). In evaluating a request for a stay, the *String Cheese* factors guide the Court's determination. *String Cheese Incident, LLC v. Stylus Shows, Inc.*, 2006 WL 894955 at *2 (D. Colo. Mar. 30, 2006). Those factors are: (1) plaintiff's interests in proceeding expeditiously with the civil action and the potential prejudice to plaintiff of a delay; (2) the burden on the defendants; (3) the convenience to the court; (4) the interests of persons not parties to the civil litigation; and (5) the public interest. *Id*.

7. Factor 1: Chiles is seeking the stay. This factor is not applicable.

8. Factor 2: The Court denied Chiles's motion for a preliminary injunction. Therefore, Colorado's statute remains in full force and effect. Thus, maintaining the status quo pending review by the Supreme Court will not burden Defendants.

9. Factor 3: This factor weighs most heavily in favor of a stay. There is currently a circuit split regarding the issue in this case. Compare *Otto v. City of Boca Raton*, 981 F.3d 854 (11th Cir. 2020), with *Tingley v. Ferguson*, 47 F.4th 1055

(9th Cir. 2022), and *Chiles v. Salazar*, 2024 WL 4157902 (10th Cir. Sept. 12, 2024). If the Supreme Court elects to review this matter, the Court will likely resolve the circuit split and provide significant guidance regarding the law governing this case. That guidance will in turn impact the matters that are relevant for discovery and expert testimony. Conversely, if the Court denies Chiles's petition, this case will have been delayed only a few months. Thus, it would appear to be in the interest of judicial economy to stay this matter while Chiles's efforts to obtain review in the Supreme Court play out.

10. Factors 4: Chiles is not aware of any third parties with an interest in this matter.

11. Factor 5: The public interest will be served by awaiting guidance from the Supreme Court.

12. No party will be prejudiced by the requested relief.

WHEREFORE, Chiles moves the Court to enter an order staying this matter pending resolution of Chiles's petition for writ of certiorari and, if the petition is granted, entry of judgment by the Supreme Court.

Respectfully submitted this ___ day of September 2024

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033
Voice: (303) 205-7870
Email: barry@arringtonpc.com

Shaun Pearman

3

The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033
Phone Number: (303) 991-7600
Fax Number: (303) 991-7601
E-mail: shaun@pearmanlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September ___, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*
_____
Barry K. Arrington

4