IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-2287-CNS-STV**

KALEY CHILES,

 Plaintiff,

v.

PATTY SALAZAR, in her official capacity as Executive Director of the Department of Regulatory Agencies; *et al.*,

 Defendants.

---

### REPLY IN SUPPORT OF
### MOTION FOR STAY PENDING SUPREME COURT REVIEW
---

 Plaintiff Kaley Chiles submits the following reply in support of her motion for an order staying this matter pending resolution of Chiles's effort to seek review in the United States Supreme Court.

 1. The Court denied Chiles's motion for preliminary injunction and Plaintiff filed an interlocutory appeal to the Tenth Circuit. The Tenth Circuit affirmed.

 2. Chiles has moved for a stay of these proceedings while she seeks review of the Tenth Circuit's judgment in the Supreme Court.

 3. Defendants appear to misapprehend the requested relief. They seem to believe that Chiles is asking the Court to stay its order denying her motion for preliminary injunction. Resp. ¶ 4.

1

4. But Chiles is not requesting the Court to stay its order. Rather, this Court retained jurisdiction to determine the action on the merits even after Chiles filed her interlocutory appeal. *Free Speech v. Fed. Election Comm'n*, 720 F.3d 788, 791 (10th Cir. 2013) ("Although the filing of a notice of appeal ordinarily divests the district court of jurisdiction, in an appeal from an order granting or denying a preliminary injunction, a district court may nevertheless proceed to determine the action on the merits.").

5. Because this Court retains jurisdiction to determine this matter on the merits while Chiles seeks review in the Supreme Court, Chiles filed her motion for a stay of the proceedings pending that review. A stay of proceedings (as opposed to a stay of an order pending appeal) is governed by the *String Cheese* factors discussed in the motion.

6. Turning to the merits, Defendants did not respond to the substance of Chiles's motion in their Response. Accordingly, as to the merits, there is nothing to which Chiles can reply.

7. Accordingly, Chiles renews her motion for an order staying this matter pending resolution of Chiles's petition for writ of certiorari and, if the petition is granted, entry of judgment by the Supreme Court.

Respectfully submitted this 8th day of October 2024.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033

2

Voice: (303) 205-7870
Email: barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033
Phone Number: (303) 991-7600
Fax Number: (303) 991-7601
E-mail: shaun@pearmanlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*
_____
Barry K. Arrington

3