**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-2287-GPG-STV

KALEY CHILES,

     *Plaintiff*,

v.

PATTY SALAZAR, in her official capacity as Executive Director
of the Department of Regulatory Agencies; *et al*.,

     *Defendants*.

---

### STIPULATED ORDER FOR PRELIMINARY INJUNCTION
---

Under Federal Rules of Civil Procedure 65, Plaintiff and Defendants jointly stipulate to the following preliminary injunction:

1. During the pendency of this case until the district court issues a final judgment, Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this order are enjoined from enforcing Colo. Rev. Stat. § 12-245-224(1)(t)(V) against Plaintiff's practice of talk-only licensed professional counseling and addiction counseling.

2. During the pendency of this case until the district court issues a final judgment, Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this order are enjoined from requiring Plaintiff

1

to respond to licensing complaints filed with the Division of Professions and Occupations raising allegations that Plaintiff's talk-only practice of licensed professional counseling and addiction counseling violate Colo. Rev. Stat. § 12-245-224(1)(t)(V).

Plaintiff need not provide any security for this stipulated preliminary injunction.

This stipulation is without prejudice to the respective legal positions of the parties and does not waive any argument or right to request modifications or clarifications of the injunction as the parties may deem appropriate in the future.

Respectfully submitted this 1st day of June, 2026.

**WE SO STIPULATE:**

By: s/ *Bryan D. Neihart*

| | |
|---|---|
| James A. Campbell | Jonathan A. Scruggs |
| Virginia Bar No. 100090 | Arizona Bar No. 030505 |
| **Alliance Defending Freedom** | Henry W. Frampton, IV |
| 44180 Riverside Parkway | South Carolina Bar No. 75314 |
| Lansdowne, VA 20176 | Bryan D. Neihart |
| 571-707-4737 | Arizona Bar No. 035937 |
| jcampbell@adflegal.org | **Alliance Defending Freedom** |
| | 15100 N. 90th Street |
| John J. Bursch | Scottsdale, Arizona 85260 |
| Michigan Bar No. P57679 | (480) 444-0020 |
| **Alliance Defending Freedom** | (480) 444-0028 Fax |
| 440 First Street, NW | jscruggs@ADFlegal.org |
| Suite 600 | hframpton@ADFlegal.org |
| Washington, DC 20001 | bneihart@ADFlegal.org |
| 616-450-4235 | |
| jbursch@adflegal.org | |

Shaun Pearman
Colorado Bar No. 16619
**Pearman Law Firm, P.C.**
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033
303-991-7600
303-991-7601 (fax)
shaun@pearmanlawfirm.com

*Attorneys for Plaintiff*

3

**WE SO STIPULATE:**

PHILIP J. WEISER
Attorney General

By: s/ *Janna K. Fischer*
Robert W. Finke* (40756)
Abby L. Chestnut* (51189)
Janna K. Fischer* (44952)
Brianna S. Tancher* (55177)
Colorado Department of Law
Ralph L. Carr Colorado
Judicial Center
1300 Broadway
Denver, CO 80203
(720) 508-6353
Email: brianna.tancher@coag.gov, robert.finke@coag.gov, janna.fischer@coag.gov, abby.chestnut@coag.gov
*Counsel of Record

*Attorneys for Defendants*

In light of the parties' stipulations and agreement, the Court hereby adopts this Stipulated Preliminary Injunction as an Order of the Court. **AND IT IS SO ORDERED.**

Dated: June __2nd__, 2026

_____
Hon. Gordon P. Gallagher
United States District Judge

4